

BC

| | | |
|---|---|---|
| ROMIT CHAKRABORTY, Ph.D. | ) ) ) | **United States District Court** **Northern District of Illinois** |
| | ) | **Chakraborty v. Gagliardi** |
| Plaintiff, | ) | Case No. 1:26-cv-00106 |
| | ) | Judge Jorge L. Alonso |
| v. | ) | Magistrate Judge Albert Berry III |
| | ) | |
| LAURA GAGLIARDI | ) | |
| | ) | FILED |
| | ) | 3/31/2026    CVK |
| Defendant. | ) | THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT |

FIRST AMENDED COMPLAINT

Plaintiff Romit Chakraborty, Ph.D. ("Plaintiff"), for his First Amended Complaint against Defendant Laura Gagliardi ("Defendant"), alleges as follows:

I. NATURE OF THE ACTION

1. This action arises from Defendant's publication of false statements of fact attacking Plaintiff's professional integrity and standing in quantum chemistry, despite Defendant's own written records establishing Plaintiff's role and research mandate.

2. Defendant executed an offer letter appointing Plaintiff to a staff position with the title "Quantum-AI Researcher," and Plaintiff was issued a University of Chicago identification card reflecting staff classification. (Exs. 1, 2)

3. On January 3, 2025, Defendant wrote to University Human Resources and Plaintiff: "The title 'Quantum-AI Researcher' is totally made up by you," while simultaneously acknowledging that Plaintiff had been hired as staff because he was too senior to be hired as a postdoc. (Ex. 3)

4. Defendant recruited Plaintiff to perform research applying large language models to multireference electronic-structure theory, as reflected in the parties' research proposal developed under the Azure Accelerate Foundation Models Research program. (Ex. 4.)

5. Defendant later communicated statements to Professor Martin Head-Gordon, a key academic referee, portraying Plaintiff as having made a poor impression because he was "distracted by LLMs" and as having performed poorly, despite having recruited Plaintiff to pursue that LLM-based research direction. (Exs. 4, 7.)

6. These communications contributed to a reversal from prior written support by Professor Head-Gordon and impaired Plaintiff's professional standing in a reputation-driven academic field. (Ex. 7.)

7. At the time of these events, Defendant maintained professional connections within the PsiQuantum ecosystem, including placement of students and collaborators into roles within the same organization, as reflected in Plaintiff's exhibits documenting such placements and affiliations. (Ex. 8.)

8. In that context, Defendant's statements regarding Plaintiff's performance and integrity created a foreseeable risk of reputational harm extending beyond academia and into Plaintiff's industry relationships.

9. Plaintiff previously resolved an employment dispute with PsiQuantum. That resolution did not release Defendant and did not compensate Plaintiff for Defendant's independent torts alleged here.

II. PARTIES, JURISDICTION, VENUE, AND TIMELINESS

10. Plaintiff is a citizen of India domiciled in Cupertino, California.

11. Defendant is a citizen of Illinois and, at all relevant times, a professor employed by the University of Chicago in Chicago, Illinois.

12. This Court has subject-matter jurisdiction under 28 U.S.C. § 1332(a)(2) because the action is between a citizen of a foreign state and a citizen of Illinois, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

13. Venue is proper in this District under 28 U.S.C. § 1391(b)(1)–(2) because Defendant resides in this District and a substantial part of the events giving rise to the claims occurred in Chicago, Illinois, including execution of the offer letter and publication of the statements at issue.

14. Under 735 ILCS 5/13-201, defamation claims must be commenced within one year. The January 3, 2025 publication occurred one year before January 3, 2026. Because January 3, 2026 fell on a Saturday and January 4, 2026 fell on a Sunday, Plaintiff's filing on January 5, 2026 was timely under Illinois time-computation rules. (Ex. 3)

III. FACTUAL ALLEGATIONS

A. Staff Appointment and Documentary Baseline (2023)

15. In mid-2023, Defendant recruited Plaintiff to perform research applying large language models to multireference electronic-structure theory. (Ex. 4)

16. On August 31, 2023, Defendant executed a written offer letter appointing Plaintiff as a staff employee with the title "Quantum-AI Researcher." (Ex. 1)

17. Plaintiff commenced work on or about November 27, 2023.

18. The University issued Plaintiff an identification card listing his classification as "STAFF." (Ex. 2)

B. Misclassification and Defamatory Publication (2023–2025)

19. Despite the written staff appointment, Defendant maintained Plaintiff's public listing under "Postdoctoral Researchers." (Ex. 5)

20. On December 23, 2024, a member of Defendant's research group referred to Plaintiff as a "postdoc" in written communications, reflecting the classification communicated within the group. (Ex. 6)

21. On January 3, 2025, Plaintiff requested that University Human Resources correct his official title. (Ex. 3)

22. Defendant responded: "The title 'Quantum-AI Researcher' is totally made up by you," while acknowledging Plaintiff's staff status. (Ex. 3)

23. That statement was false. Defendant executed the offer letter conferring that title. (Ex. 1)

24. The statement was published to a third-party University administrator and asserted that Plaintiff fabricated his official credentials.

25. The University subsequently corrected Plaintiff's classification following Plaintiff's request. (Ex. 5)

C. Communication to Referee and Reversal of Support (2025)

26. Plaintiff relied on references from senior academics, including Professor Martin Head-Gordon.

27. Professor Head-Gordon previously provided strong written support for Plaintiff's candidacy for faculty-level positions. (Ex. 7)

28. In January 2025, Professor Head-Gordon stated that Defendant had contacted him regarding dissatisfaction with Plaintiff's performance. (Ex. 7)

29. Following that communication, Professor Head-Gordon questioned Plaintiff's honesty and withdrew prior support.

30. Defendant's communication concerned Plaintiff's competence and integrity and affected Plaintiff's professional standing with that referee.

31. Academic hiring decisions rely substantially on reference evaluations; the withdrawal of support from a primary referee materially impairs a candidate's competitiveness.

D. Impact on Professional Opportunities

32. Plaintiff had prospective academic opportunities requiring accurate records and supportive references, including a University of New Mexico faculty search and an Oxford funding pathway. (Ex. 8)

33. Defendant knew Plaintiff relied on references and accurate institutional records.

34. Following Defendant's statements and communications, Plaintiff's ability to obtain comparable support was materially impaired.

35. Plaintiff was thereby unable to compete fairly for academic opportunities.

E. Resulting Harm

36. Plaintiff suffered reputational harm in a reputation-driven academic field.

37. Plaintiff also suffered loss of academic opportunities and professional advancement.

38. Plaintiff suffered emotional distress as a result of Defendant's conduct.

IV. CAUSES OF ACTION

COUNT I – FRAUDULENT INDUCEMENT

39. Plaintiff realleges paragraphs 1–38.

40. Defendant represented to Plaintiff that he would hold a staff-level research position involving large language models, as reflected in the written offer letter and associated research proposal. (Exs. 1 and 4)

41. At the time these representations were made, Defendant intended not to provide the promised staff-level recognition and instead treated Plaintiff as a postdoctoral-level researcher, as reflected in her subsequent classification and statements.

42. Plaintiff reasonably relied on these representations.

43. Plaintiff suffered damages including relocation costs and lost income.

COUNT II – DEFAMATION PER SE

44. Plaintiff realleges paragraphs 1–43.

45. Defendant published the statement: "The title 'Quantum-AI Researcher' is totally made up by you." (Ex. 3)

46. The statement was false. Defendant executed the offer letter conferring that title. (Ex. 1)

47. The statement imputed dishonesty and lack of integrity in Plaintiff's profession.

48. Defendant knew the statement was false.

49. Defendant also communicated statements to a key referee that contributed to reputational harm. (Ex. 7)

50. The statements constitute defamation per se under Illinois law.

COUNT III – TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

51. Plaintiff realleges paragraphs 1–50.

52. Plaintiff had a reasonable expectancy of obtaining faculty-level positions.

53. Defendant knew of these expectancies.

54. Defendant interfered by publishing false statements and communicating statements to a key referee.

55. Defendant's conduct was unjustified.

56. Plaintiff suffered loss of prospective opportunities as a result.

COUNT IV – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

57. Plaintiff realleges paragraphs 1–56.

58. Defendant's conduct, including falsely accusing Plaintiff of fabricating his professional credentials and undermining his standing with key academic referees in a reputation-driven academic field, was extreme and outrageous.

59. Defendant knew such conduct would cause distress.

60. Plaintiff suffered severe emotional distress as a result.

V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor and award:

• Compensatory damages;

• Presumed damages for defamation per se;

• Special damages including lost academic and professional opportunities;

• Punitive damages as allowed by law;

• Costs of suit; and

• Such other relief as the Court deems just and proper.

VI. JURY DEMAND

Plaintiff demands trial by jury.


Dated: \_\_\_\_\_03/31/2026_____


/s/ Romit Chakraborty, Ph.D. (pro se)


20990 Valley Green Drive, Apt 692


Cupertino, CA 95014


Tel: (773) 816-8338


Email: romit.chakraborty@gmail.com

**INDEX OF EXHIBITS**

Exhibit 1: Offer Letter dated August 31, 2023 appointing Plaintiff as Quantum-AI Researcher.

Exhibit 2: University of Chicago Staff Identification Card reflecting Plaintiff's staff classification.

Exhibit 3: January 3, 2025 email to University Human Resources containing Defendant's statement that Plaintiff's title was "totally made up."

Exhibit 4: Research proposal on active space selection using large language models, funded under the Azure Accelerate Foundation Models Research program.

Exhibit 5: Email correspondence with the Office of the Provost regarding correction of Plaintiff's title and publication rights.

Exhibit 6: Messages from Bhavnesh Jangid reflecting internal classification of Plaintiff as a postdoctoral researcher.

Exhibit 7: Head-Gordon reference record demonstrating prior support and subsequent reversal following Defendant's communication.

Exhibit 8: Economic damages and prospective economic advantage, including the following:

8-1: PsiQuantum equity valuation materials.

8-2: University of Oxford prospective academic opportunity correspondence.

8-3: University of Central Florida startup budget materials.

8-4: University of New Mexico prospective academic opportunity materials.

| ROMIT CHAKRABORTY, Ph.D. | ) | **United States District Court** **Northern District of Illinois** |
| | ) | |
| | ) | |
| | ) | **Chakraborty v. Gagliardi** Case |
| Plaintiff, | ) | No. 26-cv-00106 |
| | ) | Judge Jorge L. Alonso |
| v. | ) | Magistrate Judge Albert Berry III |
| | ) | |
| LAURA GAGLIARDI | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

EXHIBITS TO FIRST AMENDED COMPLAINT

EX0001

INDEX OF EXHIBITS

Exhibit 1: Offer Letter dated August 31, 2023 appointing Plaintiff as Quantum-AI Researcher.

Exhibit 2: University of Chicago Staff Identification Card reflecting Plaintiff's staff classification.

Exhibit 3: January 3, 2025 email to University Human Resources containing Defendant's statement that Plaintiff's title was "totally made up."

Exhibit 4: Research proposal on active space selection using large language models, funded under the Azure Accelerate Foundation Models Research program.

Exhibit 5: Email correspondence with the Office of the Provost regarding correction of Plaintiff's title and publication rights.

Exhibit 6: Messages from Bhavnesh Jangid demonstrating internal classification of Plaintiff as a postdoctoral researcher.

Exhibit 7: Head-Gordon reference record demonstrating prior support and subsequent reversal following Defendant's communication.

Exhibit 8: Economic damages and prospective economic advantage, including the following:

8-1: PsiQuantum equity valuation materials.

8-2: University of Oxford prospective academic opportunity correspondence.

8-3: University of Central Florida startup budget materials.

8-4: University of New Mexico prospective academic opportunity materials.

EX0002

| | | |
|---|---|---|
| ROMIT CHAKRABORTY, Ph.D. | ) ) ) ) | **United States District Court** **Northern District of Illinois** |
| Plaintiff, | ) ) ) | **Chakraborty v. Gagliardi** Case No. 1:26-cv-00106 Judge Jorge L. Alonso |
| v. | ) ) | Magistrate Judge Albert Berry III |
| LAURA GAGLIARDI | ) ) ) | |
| Defendant. | ) | |

# EXHIBIT 1: OFFER LETTER DATED AUGUST 31, 2023

EX0003



8/31/2023

Romit Chakraborty
5527 S Everett Avenue
Chicago, Illinois  60637

Dear Romit,

I am delighted to formally extend this employment offer at the University of Chicago. We are committed to attracting and retaining high caliber talent to support our mission of excellence in creating and disseminating knowledge rooted in rigorous inquiry. Accordingly, you are being offered the position of Quantum-AI Researcher in the Chemistry department, reporting to Laura Gagliardi, Professor, with a tentative start date of 10/01/2023. Your annual pay will be $67,933.08 to be paid on a monthly pay cycle, equivalent of $5,661.09 per month.

Employment is contingent upon:
· Confirmation that you are legally authorized to work in the United States.
· Satisfactory completion of all applicable background and/or motor vehicle record checks, and drug screening test.
· Acknowledgment of mandated reporting requirements under the Illinois Abused and Neglected Child Reporting Act.
· Receipt of positive reference check results.

During your first six months of employment, you will be a probationary employee. At all times, your employment will be "at-will," which means that you or the University can terminate your employment at any time for any lawful reason.

The University's Annual Merit Process (AMP) is the formal process for reviewing employee performance and base pay levels, with a common review of July 1 for all monthly paid employees. You will be eligible for review during AMP and pay will be determined upon performance.

The University of Chicago offers a comprehensive benefits package, including health and welfare, retirement, and paid time off options, all of which are subject to change from time to time. Summary details of these plans are published on the University's Human Resources website.
· Your eligibility for benefits begins on your first day of employment.
· Enrollment must be completed within your first 31 days of employment.
· Benefit counselors will be available during orientation to answer your benefits questions.
· Documentation for each of your dependents (e.g., copy of marriage certificate for spouse, birth certificate for children) is required before their coverage will be effective.

Additionally, as a valued University staff employee, you will have access to University resources such as fitness facilities and libraries, and you can participate in a variety of University-sponsored and Hyde Park neighborhood arts, cultural and educational events.

EX0004



Maintaining a positive work environment, and promoting a workplace free from discrimination and harassment, supports the academic and research mission of the University by ensuring all members of our community can contribute to their fullest potential. Our "Getting to Know UChicago" new hire orientation will help facilitate your transition to the University of Chicago. To prepare for this session, I encourage you to review http://staffnewhire.uchicago.edu/.

If you have any questions about benefits or onboarding, please contact Raven Jones, your Human Resources Partner, at rjones16@uchicago.edu.

Your signature on the final page of this employment offer letter confirms your acceptance of this offer of at-will employment. Please upload a signed copy of this employment offer on your candidate portal, to confirm your acceptance. After you confirm your acceptance, you will receive an email message from Raven Jones regarding next steps in the onboarding process.

Romit, your new colleagues and I are delighted to have you join Chemistry department. I know your skills, energy and commitment will help to ensure our continued success and create opportunities for your professional growth. I look forward to working with you. Please contact me at lgagliardi@uchicago.edu with any questions.

Sincerely,

Laura Gagliardi

Professor

Chemistry Department

Your signature will confirm the agreed upon base pay, start date and other terms of your employment as described in this employment offer letter. This offer shall remain open until 9/7/2023. Any acceptance received after this date will be considered invalid.

I have read and I understand this offer of employment, and I accept the offer. I understand that my employment is contingent upon satisfactory completion of all applicable background and/or motor vehicle record checks, drug screening test.

Date:    08/31/2023
_____

Dept: Chemistry
_____

Job Title: Quantum-AI Researcher
_____

Printed Name:

ROMIT CHAKRABORTY _____

Signature: *Romit Chakraborty*
_____

EX0005

EXHIBIT 2

UNIVERSITY OF CHICAGO STAFF IDENTIFICATION CARD

EX0006



EXHIBIT 3

JANUARY 3, 2025 EMAIL TO HUMAN RESOURCES

EX0008



**Romit Chakraborty <romit.chakraborty@gmail.com>**

## Correction of Official Title and AMP records

**Laura Gagliardi** <lgagliardi@uchicago.edu>
To: Romit Chakraborty <romit.chakraborty@gmail.com>, Monica Lugo <lugom@uchicago.edu>

3 January 2025 at 23:51

Dear Romit,


You were hired as a staff scientist because you were too senior to be hired as a postdoc.

However, on our website we have only two categories: postdocs and graduate student and this is why you are under postdocs.

The title "Quantum-AI Researcher" is totally made up by you.

We didn't do an annual merit review because you stayed less than one year so there are no related documents.


Best

Laura

---------------------------------------------------------------------
Laura Gagliardi
Richard and Kathy Leventhal Professor
Department of Chemistry, Pritzker School of Molecular Engineering, James Franck Institute

Department of Chemistry
The University of Chicago
5735 S Ellis Ave, Chicago, IL 60637
Email: lgagliardi@uchicago.edu
Group Web Site: https://gagliardigroup.uchicago.edu
---------------------------------------------------------------------

[Quoted text hidden]

EX0009

Redacted

EXHIBIT 4

LLM RESEARCH PROPOSAL (AZURE PROGRAM)

EX0010

05/09/2023, 12:15

microsoft_research_afmr_cfp1_portal

## University / Institution

University of Chicago

## Your profile webpage URL (optional)

https://gagliardigroup.uchicago.edu/

## Proposal Title

Computational Intelligence in Active Space Selection: A Frontier Hypothesis for Multireference Simulations

## Proposal Summary (1 to 2 pages)

**Please limit your document to 2 pages. Accepted file formats: .pdf, .doc and .docx.**

Gagliardi_Azure_v2.pdf

*Proposal summary: goals, scope of the research, expected outcomes, potential impact*

---

By participating in the Accelerate Foundation Models Academic Research program, you give Microsoft permission to collect and use personal information you provide to review your proposal(s).

Your response to this CFP is subject to Microsoft's Terms of Use (https://www.microsoft.com/en-us/legal/terms-of-use).

You may withdraw or delete your submission at any time by contacting the Microsoft Research Accelerate Foundation Models Research Team at msfmr@microsoft.com.

For more information about Microsoft Privacy Practices, please visit Microsoft Privacy Statement (https://privacy.microsoft.com/en-us/privacystatement)

EX0011

Redacted

# Computational Intelligence in Active Space Selection: A Frontier Hypothesis for Multireference Simulations

Professor Laura Gagliardi

*Richard and Kathy Leventhal Professor of Chemistry and Molecular Engineering, University of Chicago*

Romit Chakraborty

*Lawrence Berkeley National Laboratory and University of California, Berkeley*

The principal objective of this research project is to improve the computational efficiency and accuracy of material simulations, particularly those that require a multireference framework. The project aims to combine the capabilities of Large Language Models (LLMs) with existing active space techniques to automate the efficient partitioning of Hilbert spaces and enable more accurate multireference calculations.

## INTRODUCTION

The quest for accuracy and efficiency has long been a compelling narrative in computational quantum chemistry. [1] A paradigm shift is afoot, heralded by the fusion of traditional computational methodologies with emergent machine learning technologies [2–4]. As we stand at this crossroads, the central question arises: Can we harness the latent capabilities of Large Language Models (LLMs) to transcend the limitations of existing computational models, particularly in the domain of multireference simulations? This proposal endeavors to answer this question in the affirmative, outlining a research agenda that marries the rigor of wavefunction-based methods and with the adaptability and computational prowess of LLMs.

The quest is not merely an academic exercise but a venture with profound implications for the future of material science, quantum chemistry, and even our transition to sustainable energy solutions. In essence, we propose a novel interdisciplinary approach that seeks to redefine the boundaries of what is computationally feasible, opening new vistas in the accurate and efficient simulation of complex material systems.

## GOALS

Traditional wavefunction-based methods are limited by the exponential complexity of large Hilbert spaces. Likewise, Density Functional Theory (DFT), despite its popularity, often fails to accurately describe systems that require a multireference treatment. To address these limitations, we plan to:

1. **Develop an Integrated Computational Framework:** We aim to construct a methodology that fuses fine-tuned Large Language Models (LLMs) with existing active space techniques. This combined approach will simplify the Hilbert spaces, making multireference calculations more efficient and accurate.

2. **Implement Specialized Active Space Techniques:** Our project will utilize specialized in-house scientific methods for selecting the active space necessary for full Configuration Interaction (CI) calculations. These methods will be compatible with the mathematical frameworks of Complete Active Space Self-Consistent Field (CASSCF) and Complete Active Space Configuration Interaction (CASCI). [5, 6]

3. **Automate Active Space Selection:** Automation will be a key feature in our approach. We will develop algorithms to intelligently select relevant active spaces based on the system's characteristics, thus reducing the scope for human error and enhancing computational efficiency. [7–11]

4. **Benchmark Against Existing Methods:** A vital part of our research will involve benchmarking our new computational approaches against existing methods. This will serve to validate the reliability of our methodology and may set a new standard for multireference calculations.

## SCOPE

1. **Integration with Electronic Structure Code:** Our first step involves employing the LLM interface to integrate with well-established electronic structure codes, with a focus on PySCF.

2. **Adaptive Training:** We plan to adapt LLMs using a vectorized index of pertinent research papers and academic literature that concentrate on active space selection, allowing the models to be highly specialized. This falls under the purview of fine-tuned LLMs wherein a foundational model is provided a context for decision making by providing locally curated data and specializes in perfecting a particular task.

EX0012

3. **Benchmarking and Validation:** Rigorous validation exercises will be undertaken to compare our methodology with traditional computational techniques. This will provide an empirical foundation to assess the efficacy of our approach.

4. **Reinforcement Learning:** As a final step, we plan to incorporate reinforcement learning algorithms to enable our computational agent to make increasingly better active space selections based on a predefined loss function.

### USE OF RESOURCES

Resources will be allocated with a focus on model development, computational experiments, and performance evaluation. We plan to make use of Azure OpenAI services and open-source models like Llama for fine-tuning and deploying LLMs. Additionally, we intend to operate within the sandboxing capabilities of Azure Cloud to facilitate high-performance computational agents.

### EXPECTED OUTCOMES

1. **Validated LLM-Interface:** A robust interface between LLMs and PySCF will be developed and validated.

2. **Comprehensive Benchmarks:** An exhaustive set of benchmarks will be produced to validate the efficacy of our methodology.

3. **Comparative Analysis:** A thorough analysis comparing the performance of different language models, such as OpenAI and Llama, will be conducted.

4. **Academic Publications:** Our findings will be disseminated through academic publications that elucidate both the methodology and its broader scientific implications.

### POTENTIAL IMPACT

The project is expected to have a far-reaching impact. It will introduce a novel paradigm for understanding state-to-state dynamics and electron correlations—areas where conventional DFT methods fall short. Furthermore, the project has the potential to accelerate the pace of material discovery, especially in critical areas like sustainable energy solutions.

The concept of promoting agency within an intelligence that can infer not only based on text, and images, but also on live computations is a new research paradigm that is unique within the context of research both in LLMs, and in electronic structure theory. Furthermore, by optimizing the partitioning of Hilbert spaces, the research offers a de-novo paradigm for the use of large language models in advancing the state-of-the-art in electronic structure theory. The quintessence of this initiative lies in its potential to accelerate the pace of material discovery, furnishing precise insights into systems with bespoke attributes, a pressing challenge in materials design especially when it comes to facilitating our transition away from fossil fuels.

We appreciate the opportunity of partnering with Azure AI in this endeavor.

[1] C. Duan, F. Liu, A. Nandy, and H. J. Kulik, Data-driven approaches can overcome the cost–accuracy trade-off in multireference diagnostics, J. Chem. Theory Comput. **16**, 4373 (2020).

[2] A. Vaswani, N. Shazeer, N. Parmar, J. Uszkoreit, L. Jones, A. N. Gomez, L. Kaiser, and I. Polosukhin, Attention is all you need, Adv. Neural Inf. Process. **30** (2017).

[3] A. Lunghi and S. Sanvito, Computational design of magnetic molecules and their environment using quantum chemistry, machine learning and multiscale simulations, Nat. Rev. Chem. **6**, 761 (2022).

[4] N. Fu, L. Wei, Y. Song, Q. Li, R. Xin, S. S. Omee, R. Dong, E. M. D. Siriwardane, and J. Hu, Material transformers: deep learning language models for generative materials design, Mach. Learn.: Sci. Technol. **4**, 015001 (2023).

[5] J. Olsen, The casscf method: A perspective and commentary, Int. J. Quantum Chem. **111**, 3267 (2011).

[6] P.-Å. Malmqvist and B. O. Roos, The casscf state interaction method, Chem. Phys. Lett. **155**, 189 (1989).

[7] C. J. Stein and M. Reiher, autocas: A program for fully automated multiconfigurational calculations, J. Comput. Chem. **40**, 2216 (2019).

[8] D. S. King, D. G. Truhlar, and L. Gagliardi, Machine-learned energy functionals for multiconfigurational wave functions, J. Phys. Chem. Lett. **12**, 7761 (2021).

[9] D. S. King and L. Gagliardi, A ranked-orbital approach to select active spaces for high-throughput multireference computation, J. Chem. Theory Comput. **17**, 2817 (2021).

[10] W. Jeong, S. J. Stoneburner, D. King, R. Li, A. Walker, R. Lindh, and L. Gagliardi, Automation of active space selection for multireference methods via machine learning on chemical bond dissociation, J. Chem. Theory Comput. **16**, 2389 (2020).

[11] D. S. King, M. R. Hermes, D. G. Truhlar, and L. Gagliardi, Large-scale benchmarking of multireference vertical-excitation calculations via automated active-space selection, J. Chem. Theory Comput. **18**, 6065 (2022).

EX0013

EXHIBIT 5

PROVOST EMAILS REGARDING TITLE CORRECTION AND

PUBLICATION RIGHTS

EX0014

14/07/2025, 22:45                    Gmail - Assistance with Accurate Title Representation and Publication



**Romit Chakraborty <romit.chakraborty@gmail.com>**

## Assistance with Accurate Title Representation and Publication
8 messages

**Romit Chakraborty** <romit.chakraborty@gmail.com>                    5 January 2025 at 10:40
To: provost@uchicago.edu
Cc: srushford@uchicago.edu

Dear Office of the Provost,

I hope this message finds you well. I am writing to request your urgent assistance concerning the accurate reflection of my recent appointment in the Gagliardi Group and to seek guidance on publishing work I conducted during that period.

From 27 November 2023 to 25 October 2024, I was employed as a Staff Researcher in Quantum AI under Professor Gagliardi. It was the Office of the Provost that initially prevented my hire as a postdoctoral researcher in July 2023, so I trust the University has documentation affirming my staff appointment. Please also find the offer letter attached.

1. **Title Representation:** On the Gagliardi Group's website, I am currently misidentified as a former postdoc. Although I have approached Professor Gagliardi and other local channels about correcting this error, the listing remains unchanged.

2. **Publication Guidance:** Furthermore, while my tenure was brief, I produced research that I believe would benefit the field. Professor Gagliardi has wished not to be involved or credited, but I would like to publish this work online. May I kindly request any guidance on how to proceed with publication under these circumstances?

This matter is somewhat urgent because I am navigating significant career and immigration considerations , and my professional record should accurately reflect my staff position at the university rather than a postdoctoral appointment. Additionally, I am re-evaluating my career trajectory, and part of it entails getting recognition for the intellectual work I put in during my brief recent tenure as a Staff Researcher in Quantum-AI.

Please be assured that I bring this to your attention in good faith, with no wish to create tension. I am, however, concerned about the potential for retaliation or reputational harm if the matter is not addressed in a timely fashion.

Thank you for your consideration. If you require any further documentation, I shall gladly provide it. I appreciate your response and any support you can offer.

Sincerely,
Romit Chakraborty, MS '13, PhD '17
Senior Quantum Solutions Computational Chemist
PsiQuantum
Palo Alto, California

 **New+Hire+Employment+2023-08-31.pdf**
95K

**Romit Chakraborty** <romit.chakraborty@gmail.com>                    17 January 2025 at 10:59
To: provost@uchicago.edu
Cc: srushford@uchicago.edu

To the Office of the Provost,

I am following up briefly about 1 and 2 above.

Sincerely,
Romit

EX0015

Redacted

Romit Chakraborty, Ph.D.

Senior Quantum Solutions Computational Chemist

PsiQuantum | Palo Alto, California

M.S. (2013), Ph.D. (2017), University of Chicago

[Quoted text hidden]

---

**Susan Rushford** <srushford@uchicago.edu>        17 January 2025 at 11:39
To: Romit Chakraborty <romit.chakraborty@gmail.com>

Hello, Professor Chakraborty,

I would like to acknowledge receipt of this follow-up email. I have been assured that you will receive a response from either Geertrui Spaepen (Associate Provost for Operations and Initiatives) or from Mario Moreno Zepeda (Chief of Staff, Office of the Provost). I know they have been working with PME (Pritzker School of Molecular Engineering) and PSD (Physical Sciences Division) on your request from the time of your initial email. I don't believe the Office of the Provost has jurisdiction to make these changes without the involvement of at least one of these departments. I've asked again if they could please update you on their progress facilitating these requests.

Thank you!

**Sue Rushford**

Executive Assistant to the Provost

**Office of the Provost | The University of Chicago**

srushford@uchicago.edu

773.702.8825

[Quoted text hidden]

---

**Romit Chakraborty** <romit.chakraborty@gmail.com>        17 January 2025 at 11:51
To: Susan Rushford <srushford@uchicago.edu>

Dear Susan,

Thank you for your response, and for the work you have been doing on those lines.
Small erratum though, I am not a Professor. As for 1, and 2:
1. I did notice that my title was appropriately reflected on the Gagliardi group website this week (see lower left of the screenshot). On the other hand, as you may confirm from the upper left of the page, I am still being listed under Postdoctoral Researchers. This part is not accurate. A simple solution from the front-end development point of view would be to just shift me into the 'Undergraduate students & Visiting Scholars' tab. This should be easy to do.

EX0016

Redacted

14/07/2025, 22:45          Gmail - Assistance with Accurate Title Representation and Publication

| POSTDOCTORAL RESEARCHERS | GRADUATE STUDENTS | UNDERGRADUATES, SUMMER STUDENTS, & VISITING SCHOLARS |

## Postdoctoral Researchers

| Person | Years Active | Person | Years Active |
|---|---|---|---|
| Dr. Francesco Aquilante<br>École Polytechnique Fédérale de Lausanne, Lausanne, Switzerland | 2007-2010 | Dr. Meagan Oakley<br>University of Manchester, England | 2019-2020 |
| Dr. Varinia Bernales<br>UL Research Institutes, Evanston, Illinois | 2014 - 2018 | Dr. Samuel Odoh<br>University of Nevada, Reno, Nevada | 2013-2016 |
| Dr. Eugeniuz Berdnarz<br>TomTom, Amsterdam, Netherlands | 2005-2007 | Dr. Leon Otis<br>Rice University, Houston, Texas | 2022-2024 |
| Dr. Marcin Brynda<br>ONE Swiss Bank, Geneva, Switzerland | 2008-2009 | Dr. Dale Pahls<br>Tutor on Wyzant, Kansas City, Missouri | 2015-2016 |
| Dr. Paul Calio<br>AbbVie, Chicago, Illinois | 2021-2023 | Dr. Davide Presti<br>Acensi, Paris, France | 2017-2018 |
| Dr. Dario Campisi<br>University of Stuttgart, Stuttgart, Germany | 2021 - 2022 | Dr. Juraj Raab<br>SICPA, Lausanne, Vaud, Switzerland | 2006-2007 |
| Dr. Romit Chakraborty (Staff Scientist with title Quantum-AI Researcher)<br>PsiQuantum, Palo Alto, California | 2023-2024 | Dr. Nora Planas<br>Barcelona, Spain | 2011-2014 |
| | | Dr. Andrew Sand | 2015-2018 |

2. It would be immensely helpful to know what the right affiliations should be for the soon to be published work. The first draft should be ready by Jan 31st.

Best wishes,
Romit

Romit Chakraborty, Ph.D.
Senior Quantum Solutions Computational Chemist
PsiQuantum | Palo Alto, California
M.S. (2013), Ph.D. (2017), University of Chicago

[Quoted text hidden]

---

**Susan Rushford** <srushford@uchicago.edu>      17 January 2025 at 11:56
To: Romit Chakraborty <romit.chakraborty@gmail.com>

Apologies on your title. That has always been the most difficult part of addressing people in the university, for me, as I come from the corporate world.

I will be sure to pass along your additional information outlined below. Again, I'm not clear who exactly is working on resolving this, but I can assure you that Geertrui and Mario have been tackling this job.

Thank you!

**Sue Rushford**

Executive Assistant to the Provost

**Office of the Provost | The University of Chicago**

srushford@uchicago.edu

773.702.8825

---

**From:** Romit Chakraborty <romit.chakraborty@gmail.com>
**Sent:** Friday, January 17, 2025 1:52 PM

Redacted

EX0017

EXHIBIT 6

BHAVNESH JANGID MESSAGE RECORD

EX0020

## Exhibit 6 — Text Message Transcript and Authentication

I, Romit Chakraborty, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

(1) Exhibit 6 is a true and correct screenshot of an Apple Messages conversation between me and Bhavnesh Jangid.

(2) The screenshot displays a conversation dated "Mon, 23 Dec at 3:10 pm" (as shown in the application UI).

(3) The transcript below is a verbatim reproduction of the messages visible in Exhibit 6, in the order displayed.

(4) For integrity verification, the cryptographic hashes of the underlying screenshot file are provided below.

| File | Bhavnesh_calling_me_a_postdoc.png |
|---|---|
| Size (bytes) | 171,961 |
| SHA-256 | 5c522d7ac200eb962d24202e5e18548a495d053585c35c78711ab042a8d72345 |
| SHA-512 | 4367e539a8e8d9a7ad63f1b74ecae56bef3d2b6a371fa45ded9af9658d4a1ba0 18e07db31fc722000373359fb2467cf7e7364c0cdef388242c445dad96117b30 |
| Hash computed (UTC) | 2026-02-26 08:47:17 |

## Transcript (verbatim; order as displayed):

| Sender | Message |
|---|---|
| Bhavnesh Jangid | Nope |
| Bhavnesh Jangid | I didn't change it all. |
| Bhavnesh Jangid | I didn't have access to it. |
| Bhavnesh Jangid | As per I know, generally postdoc doesn't have access to their data after 1 month |
| Bhavnesh Jangid | Even to their email |
| Romit Chakraborty | Yeah |
| Romit Chakraborty | But I am an alum |
| Romit Chakraborty | And for the last time |
| Romit Chakraborty | I was 'not' a postdoc |
| Romit Chakraborty | And Laura extended my account access till Dec 24th |
| Romit Chakraborty | I had planned to back my data up by then |
| Romit Chakraborty | But then suddenly got locked out on Dec 16th |
| Romit Chakraborty | Who is in charge of the cnet account? |
| Romit Chakraborty | Email? |
| Romit Chakraborty | Hey bhavnesh, what's the email for IT for this sort of thing? |
| Bhavnesh Jangid | Yeah |
| Bhavnesh Jangid | Then you should have access to your data |
| Bhavnesh Jangid | You should email RCC, they will be close by tmrw noon |

EX0021

| Bhavnesh Jangid | IT department probably. |
|---|---|
| Bhavnesh Jangid | I generally raise the ticket on their website. Not sure of specific email though but this might work : itservices@uchicago.edu |

Executed on March 31, 2026.

/s/ Romit Chakraborty, Ph.D.

EX0022



EX0023

EXHIBIT 7

HEAD-GORDON REFERENCE RECORD (SUPPORT AND

REVERSAL)

This exhibit presents the record of Plaintiff's professional evaluation by

Professor Martin Head-Gordon before and after Defendant's

communication.

Section A – Prior Recommendation (September 16, 2022)

Section B – January 2025 Email Correspondence Reflecting Reversal of

Support

EX0024

# UNIVERSITY OF CALIFORNIA, BERKELEY

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ



PROFESSOR MARTIN HEAD-GORDON
KENNETH S. PITZER DISTINGUISHED PROFESSOR
DEPARTMENT OF CHEMISTRY
(510) 642-5957; mhg@cchem.berkeley.edu

September 16, 2022

To Whom It May Concern:

<u>RE: Dr. Romit Chakraborty</u>

I am writing to very strongly support Dr. Romit Chakraborty's application for an Assistant Professor position. Romit has been a postdoctoral researcher in my electronic structure theory group at Berkeley since August 2017, working on modeling hydrogen binding in metal organic frameworks (MOFs), as well as thinking about needs for new methodologies for this applications purpose. Romit is a skilled theoretical chemist, who built up a strong background in formal theory during his graduate research at the University of Chicago with David Mazziotti, and has now complemented this experience by developing the data analysis, workflow, and deep chemical understanding necessary to perform successful chemical applications. With these skills, Romit has very significant accomplishments emerging from his Berkeley work, as I will describe below, and has built a strong foundation for a successful independent career.

At Berkeley, Romit's work on hydrogen binding in MOFs has been a direct collaboration with Jeff Long's experimental group for the most part. As nanoporous materials, MOFs have extraordinarily large surface areas per unit volume, and also exhibit remarkable diversity in the chemical composition associated with stable frameworks, of which the vast majority remain unexplored as of today. MOFs are therefore promising functional materials for gas storage, separations, catalysis, and much more. Romit has provided the computational quantum chemistry results that confirm experimentally measured hydrogen binding energies and binding sites, for MOFs synthesized by the Long group. Perhaps more importantly, Romit's calculations have also provided significant insight into the way in which the materials function. Altogether, there are 5 major projects that Romit has largely completed to date – two of which were his initiative (items 1 and 5 below), two in which he supported Long group efforts (items 2 and 3 below), and collaborations with another group member (item 4). He has a variety of other projects underway, has also made code contributions to the latest version of the Q-Chem program.

(1) *Cooperative reversible binding of multiple hydrogen molecules at a single site in a synthesizable MOF*. I rate this project as Romit's most important scientific discovery at Berkeley, because finding a material of this type is one of the leading barriers to progress in making usable hydrogen storage materials. While I and others discussed with Romit the significance of designing a material that could do this, it is important to note that the specific material is Romit's invention. Based on projects 2, 3 and 5 below, Romit realized that V(II) in an undercoordinated metal site would be a strong candidate for the binding of multiple hydrogens. With this in mind, he performed a large series of numerical experiments that ultimately revealed a very promising candidate to be the first coordination sphere of a stabilized vanadium(II) site in MFU-4l, which is a synthesizable material (by transmetallation from an existing MFU-4*l* framework). He predicts uptake of two dihydrogens per metal site, and, most remarkably, with a suitable choice of halogen counter-ion, there is positive cooperativity in the binding: the second hydrogen binds stronger than the first! He has used energy decomposition analysis to interrogate the nature of the binding to reveal chemical influences at play in realizing optimal utility. Romit's findings represent a novel route towards enhancing volumetric storage in a MOF that may, in principle, be replicable across different framework topologies. I also note that Romit wrote the software necessary used to compute anharmonic vibrational energy levels in this study, which was essential to going beyond the standard harmonic approximation for obtaining reliable enthalpies and entropies of binding. This work is submitted for publication.

(2) *Observation of an intermediate to H2 binding in a metal–organic framework*. Coordinatively-unsaturated metal sites within certain zeolites and metal–organic frameworks can strongly adsorb various

EX0026

molecules. While materials of this type bearing electron-rich metal centers can chemisorb guests amenable to redox activity or covalent bond formation, few studies have examined the kinetic profile of such a process. In collaboration with Jeff Long's group, Romit performed calculations to show that H2 binding at trigonal pyramidal Cu(I) sites in the Cu(I)-MFU-4*l* MOF occurs via the intermediacy of a metastable physisorbed precursor species. In situ powder neutron diffraction experiments enable direct observation and crystallographic characterization of this intermediate along the reaction coordinate leading to chemisorption, the first time that this has been accomplished for any material. Romit showed that the activation barrier separating the precursor species from the ground state complex is associated with a shift in the Cu(I) position that enhances $\pi$-backbonding with H2. This work was published in the Journal of the American Chemical Society (2021).

(3) *Modeling binding of hydrogen to V(II)btdd:* Experiments from Jeff Long's group show that hydrogen is remarkably strongly bound to this MOF. Romit has performed calculations characterizing the origin of the binding strength, as well as reproducing the experimental result via his calculations. A critical role for charge-transfer between V(II) and hydrogen emerges from these calculations, which were published in the Journal of the American Chemical Society in 2021.

(4) *Modeling pressure-induced spin cross-over in transition metal complexes.* Spin state switching on external stimuli is a phenomenon with wide applicability, ranging from molecular electronics to gas activation in nanoporous frameworks. Working with another postdoc in my group, Romit modeled the spin crossover as a function of the hydrostatic pressure in octahedrally coordinated transition metal centers by applying a field of effective nuclear forces that compress the molecule towards its centroid. For spin crossover in first-row transition metals coordinated by hydrogen, nitrogen, and carbon monoxide, we find the pressure required for spin transition to be a function of the ligand position in the spectrochemical sequence. While pressures on the order of 1 GPa are required to flip spins in homogeneously ligated octahedral sites, we demonstrate a fivefold decrease in spin transition pressure for the archetypal strong field ligand carbon monoxide in octahedrally coordinated Fe(II) in [Fe(II)(NH3)5CO] interactions. This very interesting proof of concept study was published in ChemPhysChem in 2019, and it nicely shows Romit's ability to develop theory, as well as to apply it.

(5) *A study of binding of diverse gas molecules in 3 classes of MOFs.* While MOFs are recognized to be promising candidates for gas separations, there is a lack of existing computational work that takes a broad and fundamental view of this scientific challenge. On his own initiative, Romit has worked to fill this gap, with a careful yet exciting comparative study of three promising frameworks (one from the MFU-4l class and one from the btdd class, which interact strongly with gases, as well as the classic MOF-5 which is a weaker binder) interacting with a diversity of industrially relevant gases (including H2, N2, O2, CH4, C2H6, C2H2, NO, CO2, SO2, NH3, H2O). Romit is able to draw a range of interesting and significant conclusions about the separations that are most efficiently (and least efficiently) performed by each class of framework, as well as the underlying reasons for these conclusions. This is a very data-rich study that I think will also have a very significant impact on the materials chemistry community. Romit is part-way through writing up his exciting results.

Romit is an ambitious and talented young scientist. His Berkeley postdoc accomplishments are a combination of very challenging collaborative projects with several different members of the Long group, and two projects of real practical significance that he has initiated himself. Altogether this work is a strong portfolio in computational materials chemistry modeling. Indeed, he has also got other projects on the boil that I have omitted from the list above! Altogether, Romit is an excellent candidate for a junior faculty position, and I give his application my strong support!

Sincerely,

Martin Head-Gordon
Kenneth S. Pitzer Distinguished Professor

EX0027

 **Gmail**                                    **Romit Chakraborty <romit.chakraborty@gmail.com>**

## Hard News

**Martin Head-Gordon** <m_headgordon@berkeley.edu>                        6 January 2025 at 13:23
To: Romit Chakraborty <romit.chakraborty@gmail.com>

Dear Romit,

First, my personal commiserations about this extremely bad news -- I fully realize what a difficult situation you have found yourself in. To be terminated after only 5 weeks at PsiQuantum indicates a disastrous start, either through team interactions or performance or both.  I am very sorry to hear this news.

Second, one piece of strong advice.  Drop any effort at "discovery to clear (your) name".  It is a waste of time, and distracts you from moving forwards (i.e. finding something new). PsiQuantum's decision will have been reviewed at several levels of management, with a range of inputs. You must assume they made a valid decision.

Third, regarding lessons. This is not the time to sugar-coat things, so I will not.

I suggest you carefully look at your entire post-doctoral trajectory and then take a long look in the mirror.  Remember your visa was granted for "contributions to the field of quantum chemistry".  But maybe you were/are not that interested in this field. Consider the following evidence (looking at just the bottom line -- not causes or excuses):
   i) You made a poor impression on Laura because you were (apparently) distracted by LLMs. You were also not as good a team player as she hoped. I do not know the remaining details, but recall she reached out to me because of her strong dissatisfaction with your performance.
   ii) You failed to finish up your work with me, probably because, as you wrote to me just 5 days ago, you "cannot sustain prolonged interest" in those topics. For a 5-year postdoc, your productivity was low, as evidenced by only two first author papers. I had to put considerable personal effort into both of them to bring them to a standard I was happy with. So did ~~Redacted~~
   iii) You failed to perform adequately at PsiQuantum in a quantum chemistry role, leading to cause-based termination after only 5 weeks or so.

To me this adds up to lots of missed opportunities that cast doubt on how interested in quantum chemistry you are, as well as how suitable you are for a job in  academia or industry.  In blunt performance-assessment terms, you have underperformed at every step (sometimes very significantly).

Of course I wish you all the best in the future, as evidenced by investing 5 years of support into your career development, as well as supporting you for the position with Laura and innumerable academic positions and most recently PsiQuantum. But, facing the bare facts (above), the pattern that has caused your current problem looks pretty clear to me.

The main questions for you to think about as you move forwards are (in my opinion). (i) What lessons can you learn from the (somewhat depressing) bottom line facts of your 3 postgraduate experiences? (ii) What implications do those lessons have for your next career step?

I hope this is of some use for thinking about your path forwards. I think it is important for you to learn from your past so you do not repeat such mistakes in the future.

Sincerely,

Martin

P.S.  Drop the false PsiQuantum affiliation from your emails, etc. It casts doubt on your honesty.

EX0028

EXHIBIT 8

ECONOMIC DAMAGES AND PROSPECTIVE ECONOMIC

ADVANTAGE

This exhibit compiles materials reflecting Plaintiff's economic damages

and prospective academic opportunities that relied on accurate

professional records and reference support.

Section A – PsiQuantum Equity Valuation Materials

Section B – University of Oxford Prospective Academic Opportunity

Correspondence

Section C – University of Central Florida Startup Budget Materials

Section D – University of New Mexico Prospective Academic

Opportunity Materials

EX0029

# Valuing PsiQuantum Employee Stock Options: Black–Scholes vs. Cox–Ross–Rubinstein (CRR)

Prepared as an economic damages exhibit

October 3, 2025

### Abstract

This memorandum provides a transparent, reproducible valuation of the PsiQuantum employee stock options relevant to the parties' court-sponsored ADR. We model the options as European calls with strike fixed at grant ($K = \$10$) and value them under two standard approaches—(i) the Black–Scholes closed-form and (ii) a Cox–Ross–Rubinstein (CRR) binomial lattice—using consistent inputs: one-year term ($T = 1$), continuously-compounded risk-free rate ($r = 4\%$), annual volatility ($\sigma = 80\%$), and zero dividends ($q = 0$). For stock-price scenarios $S \in [26, 32]$ in \$0.50 increments, the two models agree to within a few thousandths of a dollar per option, evidencing numerical convergence and robustness. Taking the corridor midpoint ($S = 29$) as a neutral central estimate yields $C_{\text{BS}}(29) = 19.8748$ per option, implying an aggregate value of approximately \$99,374 for 5,000 options (rounded to \$99,375 for negotiation). The paper includes a comparison plot (Black–Scholes in blue; CRR in green), a full table of per-option values and model differences, and the Python source that generated all outputs. This financial analysis is intended solely to facilitate mediation and does not constitute legal, accounting, or tax advice.

## Summary

We estimate the per-option value for an at-the-money-ish employee call option on private-company common stock using two standard models: (i) Black–Scholes (BS) in closed form and (ii) the Cox–Ross–Rubinstein (CRR) binomial lattice. Inputs reflect the PsiQuantum offer: strike $K = \$10$ fixed at grant,[1] one-year expected term $T = 1$, risk-free rate $r = 4\%$ (continuously compounded), zero dividends ($q = 0$), and annual volatility $\sigma = 80\%$. We sweep stock values $S \in [26, 32]$ in \$0.50 increments.

## Method

**Black–Scholes.** For a non-dividend-paying stock, the European call price is

$$C_{\text{BS}}(S, K, T, r, \sigma) = Se^{-qT}\Phi(d_1) - Ke^{-rT}\Phi(d_2),$$
$$d_1 = \frac{\ln(S/K) + (r - q + \frac{1}{2}\sigma^2)T}{\sigma\sqrt{T}}, \quad d_2 = d_1 - \sigma\sqrt{T},$$

with $\Phi(\cdot)$ the standard normal CDF.[2]

**CRR lattice.** We use a recombining binomial tree with $N = 500$ steps: $u = e^{\sigma\sqrt{\Delta t}}$, $d = 1/u$, risk-neutral probability $p = \frac{e^{(r-q)\Delta t} - d}{u - d}$, discount factor $e^{-r\Delta t}$, and backward induction over terminal payoffs $\max(S_T - K, 0)$.[3]

---

[1] Offer Letter from PsiQuantum, Corp. to Romit Chakraborty (July 25, 2024) §6 ("The exercise price per share of the Option will be determined by the Board of Directors when the Option is granted. Additionally, this strike price was quoted to be \$10 by Erin Courson on July 25th, 2024 in the offer call to the author") (on file with author).

[2] Fischer Black & Myron Scholes, The Pricing of Options and Corporate Liabilities, 81 *J. Pol. Econ.* 637 (1973); Robert C. Merton, Theory of Rational Option Pricing, 4 *Bell J. Econ. & Mgmt. Sci.* 141 (1973).

[3] John C. Cox, Stephen A. Ross & Mark Rubinstein, Option Pricing: A Simplified Approach, 7 *J. Fin. Econ.* 229 (1979).

EX0030

## Results



Figure 1: Call value vs. underlying price for $K = \$10$, $T = 1$ year, $r = 4\%$, $\sigma = 80\%$, $q = 0$. BS (blue) is the closed-form benchmark; CRR (green, $N = 500$) closely tracks BS across $S \in [26, 32]$.

Table 1 reports per-option values at $S = 26, 26.5, \ldots, 32$. The difference column quantifies numerical lattice error, which is small at $N = 500$.

Table 1: European call option values for a fixed strike $K = \$10$, one-year expected term $T = 1$, continuously compounded risk-free rate $r = 4\%$, assumed annual volatility $\sigma = 80\%$, and dividend yield $q = 0\%$. Values are shown for stock prices $S \in [26, 32]$ in increments of 0.50. The Black–Scholes closed-form solution ($C_{\mathrm{BS}}$) and a Cox–Ross–Rubinstein (CRR) binomial tree with $N = 200$ steps ($C_{\mathrm{CRR}}$) agree to within a few thousandths of a dollar per option, demonstrating numerical convergence. The $\Delta$ column reports the model difference ($C_{\mathrm{CRR}} - C_{\mathrm{BS}}$). The final column reports the implied block value of 5,000 options using the Black–Scholes estimate. As a reasonable central point for mediation, the midpoint of the stock-price corridor ($S = 29$) yields $C_{\mathrm{BS}} \approx 19.8748$, implying an aggregate value of about **$99,375** for 5,000 options at the one-year cliff.

| $S$ | $C_{\mathrm{BS}}$ | $C_{\mathrm{CRR}}$ | $\Delta = C_{\mathrm{CRR}} - C_{\mathrm{BS}}$ | $5{,}000 \times C_{\mathrm{BS}}$ |
|---|---|---|---|---|
| 26.0000 | 17.0050 | 17.0063 | 0.0013 | 85025.0096 |
| 26.5000 | 17.4806 | 17.4817 | 0.0011 | 87402.9315 |
| 27.0000 | 17.9573 | 17.9571 | -0.0003 | 89786.7057 |
| 27.5000 | 18.4352 | 18.4325 | -0.0027 | 92176.0028 |
| 28.0000 | 18.9141 | 18.9119 | -0.0022 | 94570.5146 |
| 28.5000 | 19.3940 | 19.3937 | -0.0002 | 96969.9526 |
| 29.0000 | 19.8748 | 19.8755 | 0.0007 | 99374.0468 |
| 29.5000 | 20.3565 | 20.3574 | 0.0008 | 101782.5443 |
| 30.0000 | 20.8390 | 20.8392 | 0.0001 | 104195.2076 |
| 30.5000 | 21.3224 | 21.3210 | -0.0014 | 106611.8144 |
| 31.0000 | 21.8064 | 21.8028 | -0.0036 | 109032.1557 |
| 31.5000 | 22.2912 | 22.2896 | -0.0016 | 111456.0355 |
| 32.0000 | 22.7767 | 22.7763 | -0.0003 | 113883.2693 |

EX0031

## Assumptions and Notes

- Strike $K = \$10$ is fixed by the grant.[4]

- Expected term $T = 1$ year proxy reflects damages horizon; ADR parties may stipulate a longer term to capture ESO exercise behavior typically used in GAAP fair value (ASC 718).[5]

- Dividend yield $q = 0$ (private company, no cash dividends by assumption). Risk-free $r = 4\%$ (continuous compounding) approximates the 1-year Treasury yield for modeling purposes.

- **Volatility** $\sigma = 80\%$ is a conservative peer/sector proxy suitable for negotiation; sensitivity tables can be generated from the included Python script.

## Conclusion

Under the stated inputs, the Black–Scholes (BS) and Cox–Ross–Rubinstein (CRR) models produce nearly identical per-option values across the corridor $S \in [26, 32]$, so either model provides a stable anchor for mediation. Using the midpoint of the stock-price corridor ($S = 29$), the BS estimate is $C_{\mathrm{BS}}(29) \approx 19.8748$; multiplied by 5,000 options this implies an aggregate value of $\approx \$99,375$ (rounded). The uniform mean of $C_{\mathrm{BS}}(S)$ over $S \in [26, 32]$ is numerically the same to four decimals, confirming the same central point.

**Underlying assumptions and scope of the estimate.**

- *Instrument and exercise style.* Each option is modeled as a European call on the issuer's common stock. The CRR lattice is configured to price the *European* value as well. With zero dividends ($q = 0$), early exercise of a call is not optimal, so American and European call values coincide in theory; the near-identity of the BS and CRR numbers empirically reflects that fact.

- *Strike (fixed at grant).* The strike is held constant at $K = \$10$, consistent with the offer letter's clause that the exercise price is set by the Board at the time of grant.[6]

- *Time horizon.* The valuation uses a one-year term ($T = 1$) to match the *damages window* tied to the missed one-year cliff (25% vest). This is a conservative choice relative to longer expected-term conventions used for accounting fair value.

- *Market inputs.* The risk-free rate is $r = 4\%$ (continuously compounded) as a reasonable 1-year Treasury proxy; the dividend yield is $q = 0\%$ (private, no dividends); volatility is $\sigma = 80\%$ as a deep-tech/quantum peer proxy. The stock-price corridor $S \in [26, 32]$ captures the range of relevant private-market indications and scenario points used in the brief.

- *Numerical method.* The CRR lattice uses a sufficiently fine step count (e.g., $N = 200$ for the table and $N = 500$ for the figure); the lattice converges to Black–Scholes as $N \to \infty$. The observed differences (on the order of $10^{-3}$ dollars per option) are numerical, not economic.

- *Output interpretation.* The table reports $C_{\mathrm{BS}}$, $C_{\mathrm{CRR}}$, and $\Delta = C_{\mathrm{CRR}} - C_{\mathrm{BS}}$ to four decimals for $S = 26, 26.5, \ldots, 32.0$, plus a block column equal to $5{,}000 \times C_{\mathrm{BS}}$. To translate any point estimate into damages, select an $S$ consistent with the evidentiary record and multiply by the option count at issue (e.g., 5,000).

- *Scope and limitations.* These are *theoretical* no-arbitrage values for a frictionless market and do not incorporate plan-specific features (e.g., transfer restrictions, post-termination exercise windows, or tax consequences). Such frictions affect *realizable proceeds*, not the Black–Scholes/CRR fair-value mechanics presented here; the chosen $T = 1$ horizon already reflects a conservative, cliff-focused damages frame.

---

[4] Offer Letter, supra note 1.

[5] See, e.g., JOHN C. HULL, *Options, Futures, and Other Derivatives* ch. 15 (11th ed. 2023) (discussion of expected term and ESO valuation).

[6] Offer Letter to Romit Chakraborty (July 25, 2024), Stock Options §6 ("The exercise price per share of the Option will be determined by the Board of Directors when the Option is granted.").

EX0032

Taken together, these assumptions yield a transparent, reproducible central estimate near **\$99,375** for the 5,000-option block at the one-year cliff, with sensitivity principally driven by the choice of $S$, $\sigma$, and (to a lesser degree) $r$ and $T$. The negligible BS–CRR differences demonstrate that the result is robust to model form under the stated inputs.

**Reproducibility.** The project includes the Python source that generated the plot and table (`src/valuation.py`) and a CSV of model outputs (`data/prices_26_32_step0p5.csv`).

4

EX0033

 
## Room for EPSRC application

3 messages

---

**Romit Chakraborty** <romit.chakraborty@gmail.com>                                        31 December 2024 at 14:36
To: Katie Winter <katie.winter@chem.ox.ac.uk>

Dear Katie,

I trust that you are well.
It's been a whirlwind year for me, one where I moved from Berkeley back to Chicago and then to Cupertino, where I now reside and work for PsiQuantum. My apologies for catching you unawares with this:
Is there room for turning in the EPSRC funding application with Oxford this year or early next year?

Sincerely,
Romit

Romit Chakraborty**, Ph.D.**
Senior Quantum Solutions Computational Chemist
**PsiQuantum**
Palo Alto, California

---

**Katie Winter** <katie.winter@chem.ox.ac.uk>                                        2 January 2025 at 00:54
To: Romit Chakraborty <romit.chakraborty@gmail.com>

Dear Romit,

Great to hear from you and congratulations on your new role at PsiQuantum.

Unfortunately the EPSRC Open fellowship closed permanently on the 12th of December.

As your year of support has now expired you would need to reapply through our expression of interest process in order to submit further applications.

Best wishes,

Katie

[Quoted text hidden]

---

**Romit Chakraborty** <romit.chakraborty@gmail.com>                                        2 January 2025 at 01:13
To: Katie Winter <katie.winter@chem.ox.ac.uk>

EX0034

Case: 1:26-cv-00106 Document #: 11 Filed: 03/31/26 Page 42 of 49 PageID #:132

Hi Katie,

Thank you for your response.
I wish you a very happy new year!

Sincerely,
Romit

Romit Chakraborty**, Ph.D.**
Senior Quantum Solutions Computational Chemist
**PsiQuantum**
Palo Alto, California

[Quoted text hidden]

EX0035

**X5 PI OUTPUT REPORT**

| | |
|---|---|
| **Department:** | DN Physcial and Theoretical Chemistry |
| **Funder:** | EC European Commission |
| **Exported by** | |

| | |
|---|---|
| **Project Title** | QuantSim |
| **X5 Ref No** | 2310DN0001/AG5 |
| **Lead Department** | DN Physcial and Theoretical Chemistry |
| **Costing Type** | Application |
| **Scheme** | 125% DI only recovery, with inflation |
| **Application** | 0.00 |
| **PI** | Dr. Romit Chakraborty |
| **Start Date** | 12/1/2024 |
| **Duration (mths)** | 60.00 |
| **End Date** | 11/30/2029 |
| **Currency** | EUR |
| **Rate** | 1.25 |

| Name / Funder Budget Heading | Role / Description | Duration | Total Cost | Funded % | Total Grant | RoE Total | Year 1 Cost | Year 2 Cost | Year 3 Cost | Year 4 Cost | Year 5 Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **STAFF COSTS** | | | | | | | | | | | |
| Dr. Romit Chakraborty | Principal Investigator | 60 | £362,289.94 | 125.00% | £362,289.94 | 452,862.47 | £64,090.21 | £68,051.95 | £72,194.85 | £76,625.05 | £81,327.88 |
| Pdra 1 | Researcher | 42 | £205,832.91 | 125.00% | £205,832.91 | 257,291.14 | £35,931.61 | £56,787.35 | £60,278.43 | £52,835.52 | £0.00 |
| **Total Staff Costs** | | | **£568,122.85** | | **£568,122.85** | **710,153.61** | **£100,021.82** | **£124,839.30** | **£132,473.28** | **£129,460.57** | **£81,327.88** |
| **NON-STAFF COSTS** | | | | | | | | | | | |
| Equipment | Equipment | | £160,000.00 | 125.00% | £160,000.00 | 174,400.00 | £160,000.00 | £0.00 | £0.00 | £0.00 | £0.00 |
| Other: Publications | Other: Publications | | £30,000.00 | 125.00% | £30,000.00 | 37,500.00 | £5,999.99 | £6,000.01 | £6,000.00 | £6,000.00 | £6,000.00 |
| Travel | Travel | | £30,000.00 | 125.00% | £30,000.00 | 37,500.00 | £5,999.99 | £6,000.01 | £6,000.00 | £6,000.00 | £6,000.00 |
| Travel | Training | | | | | 10,000.00 | | | | | |
| Other: Consumables | Other: Consumables | | £11,999.97 | 125.00% | £11,999.97 | 14,999.99 | £2,400.00 | £2,400.00 | £2,399.99 | £2,399.99 | £2,399.99 |
| Other: Other | Audit fees | | £7,999.99 | 125.00% | £7,999.99 | 9,999.99 | £1,600.00 | £1,599.99 | £1,600.00 | £1,600.00 | £1,600.00 |
| Other: Other | Software Licenses | | | | | 10,166.00 | £8,132.80 | £0.00 | £0.00 | £0.00 | £0.00 |
| Other: Other | Recruitment | | £1,000.00 | 125.00% | £1,000.00 | 1,249.99 | £1,000.00 | £0.00 | £0.00 | £0.00 | £0.00 |
| Personnel: Students | Student | | £149,165.94 | 125.00% | £149,165.94 | 186,457.44 | £7,531.46 | £45,818.38 | £50,375.32 | £45,440.78 | £0.00 |
| **Total Non-staff Costs** | | | **£390,165.90** | | **£390,165.90** | **482,273.41** | **£192,664.24** | **£61,818.39** | **£66,375.31** | **£61,440.77** | **£15,999.99** |
| **Total Additional Indirect Costs** | | | | | £239,572.21 | 293,465.25 | | | | | |
| **Total Indirect Costs** | | | £672,781.68 | 0.00% | £0.00 | 0.00 | £125,114.89 | £154,340.86 | £158,971.08 | £150,028.64 | £84,326.21 |
| **Total Inf Technician Costs** | | | £5,408.37 | 0.00% | £0.00 | 0.00 | £1,005.78 | £1,240.72 | £1,277.94 | £1,206.05 | £677.88 |
| **Total Estates** | | | £237,814.97 | 0.00% | £0.00 | 0.00 | £44,225.63 | £54,556.44 | £56,193.12 | £53,032.14 | £29,807.64 |
| **Oxford Total** | | | **£1,874,293.77** | | **£1,197,860.96** | **€1,491,892.27** | **£463,032.36** | **£396,795.71** | **£415,290.73** | **£395,168.17** | **£212,139.60** |
| **External Collaborators Collaborator Total** | | | £0.00 | | £0.00 | 0.00 | | | | | |
| **Project Total** | | | **£1,874,293.77** | | **£1,197,860.96** | **1,491,892.27** | | | | | |

EX0037

Case: 1:26-cv-00106 Document #: 11 Filed: 03/31/26 Page 44 of 49 PageID #:134

UNIVERSITY OF CENTRAL FLORIDA
College of Sciences

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Total Startup | |
| | | | | | | Total Allocated | $784,579 |
| | | | | | | Unallocated | -$784,579 |

**BUDGET PLANNING WORKSHEET**
Standard Budget Ledger

| Faculty Name | Hire Date |
|---|---|
| Chakraborty, Romit | 08/08/xx |

| Budget Category | Sub-Budget Category | Description | FY2024-25 (12 months Jul-Jun 2025) | FY2025-26 (12 months Jul-Jun 2026) | FY2026-27 (12 months Jul-Jun 2027) | July 1 - 8/6/26 only for summer | TOTAL |
|---|---|---|---|---|---|---|---|
| Faculty-Staff Salary-Benefits | Staff Salary | | | | | | $ - |
| | Faculty Salary | Summer 2025 | $ 16,000.00 | $ 8,000.00 | $ - | $ - | $ 24,000.00 |
| | Faculty Salary | Summer 2026 | | | | $ - | |
| | Faculty Salary | | | | | | |
| | Benefits | | $ 5,120.00 | $ 5,120.00 | $ 5,120.00 | $ - | $ 15,360.00 |
| OPS Salary & Benefits | Hourly - Student | | | | | | $ - |
| | Graduate Contracts | | $ - | $ 84,264.00 | $ 84,264.00 | $ 10,000.00 | $ 178,528.00 |
| | Benefits | | $ - | $ 17,045.28 | $ 17,045.28 | $ 200.00 | $ 34,290.56 |
| | Post Doc | | $ 76,800.00 | $ 76,800.00 | $ 76,800.00 | | $ 230,400.00 |
| | Adjunct Faculty | | | | | | $ - |
| Scholarships & Fellowships | Scholarships & Fellowships | | | | | | $ - |
| Travel | Travel | | $ 6,000.00 | $ 6,000.00 | $ 4,000.00 | | $ 16,000.00 |
| | Moving | | $ 5,000.00 | | | | $ 5,000.00 |
| | | | | | | | $ - |
| Capital Assets & Construction | Other Assets | | | | | | $ - |
| | Furniture | | $ 2,000.00 | $ - | $ - | | $ 10,000.00 |
| | Equipment | | | | | | $ - |
| | Construction | | | | | | $ - |
| | Computer Equipment | | $ 111,000.00 | $ - | $ 75,000.00 | | $ 186,000.00 |
| Furniture & Equipment | Rental | | | | | | $ - |
| | Furniture | | | | | | $ - |
| | Equipment | | | | | | $ - |
| IT Expenses | Software Purchase | | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | | $ 15,000.00 |
| | Software Maintenance | | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | | $ 6,000.00 |
| | Other IT Expenses | | $ 14,000.00 | $ 14,000.00 | $ 14,000.00 | | $ 42,000.00 |
| | IT Services & Supplies | | | | | | $ - |
| | Hardware Maintenance | | | | | | $ - |
| | Computer Equipment | | | | | | $ - |
| Repairs & Maintenance | Repairs & Maintenance | | | | | | $ - |
| Other Non-Operating Expenses | Transfers to University Depts | | | | | | $ - |
| | Transfers to Other Entity | | | | | | $ - |
| | Other Non-Operating Expenses | | | | | | $ - |
| Other Operating Expenses | Supplies | | $ 6,000.00 | $ 2,000.00 | $ 2,000.00 | | $ 14,000.00 |
| | Resale Services & Supplies | | | | | | $ - |
| | Rent | | | | | | $ - |
| | Other Operating Expenses | | | | | | $ - |
| | Office Expense | | | | | | $ - |
| | Insurance | | | | | | $ - |
| | Dues & Subscriptions | | | | | | $ - |
| Professional Services | Professional Services | | | | | | $ - |
| | Marketing & Advertising | | $ 4,000.00 | $ 2,000.00 | $ 2,000.00 | | $ 8,000.00 |
| | Consulting Services | | | | | | $ - |
| Utilities & Communication | Utilities | | | | | | $ - |
| | Telecom | | | | | | $ - |
| **TOTAL** | | | $ 252,920.00 | $ 222,229.28 | $ 287,229.28 | $ 10,200.00 | $ 784,578.56 |

**Provide a short summary how this supports your research plan**

**Overview:** I aim to establish a molecular electronic structure theory research group at the University of Central Florida, comprising 2-3 graduate students and two postdocs. Most calculations will utilise ARCC facilities at the University of Central Florida, accessible through personal computers. Ideally, I would like as much of the funds to be unrestricted wherever possible. Below is an estimate of startup costs for my proposed research group:

**High-Performance Computing (HPC)**

I want to purchase supercomputing nodes on the ARCC facilities, specifically the Stokes facility for CPU and Newton for GPU nodes. By utilising existing resources at UCF, the proposed budget is approximately 2x more cost-efficient for DPH (dedicated processor hours) than building a cluster independently. A 70/30 split in expenditure between GPU and CPU nodes is proposed to reflect current trends in the building compute infrastructure and the existing computational processing demands for electronic structure code. This split also reflects the electronic structure research the group will specialise in, which involves processing GPU-optimized electronic structure codes for systems with open and periodic boundary conditions, multiscale models with the lattice Boltzmann methods, and conventional electronic structure codes.

Faculty

Chair/Director Approval

Dean Approval

EX0036

67


**APPLICATION INQUIRY [Open Rank in Quantum Information Science & Engineering-The University of New Mexico**

**Samuel Mascarenas** <samascarenas@unm.edu>                    20 December 2024 at 11:25
To: Vice President for Research <vpr@unm.edu>
Cc: Greg Trejo <gtrejo@unm.edu>

Good Afternoon, Applicant!

Thank you for applying to The University of New Mexico's Open Rank in Quantum Information Science & Engineering, req27555. You applied for this position last year, but your application is still in the pool and so it will be evaluated by the search committee. Before the evaluation process begins, we wanted to make sure that you were still interested in the position. Please notify us by end of day January 5th 2025 to let us know if you are still interested. If we do not hear from you by January 5th, we will remove you from the pool. Also, if you are interested in updating any of your application materials, please send me your updated information by end of business day on January 5th. (If you have already reached out to me with your updated documents, and I have responded back to you confirming receipt then you will be evaluated by the search committee with your new materials, and you can disregard this email.)

You can refer to the job posting here. Requisition: 27555 - Open Rank in Quantum Information Science & Engineering - UNM Jobs Career Site :: The University of New Mexico

Thank you, and I hope you have a happy holiday season!

-Sam
**Sam Mascarenas, MBA (he/him/his)**
Department Human Resources Rep
Office of the Vice President for Research
The University of New Mexico
Scholes Hall, Suite 327
MSC05 3480
1 University of New Mexico
Albuquerque, NM 87131
Office: 505-277-2949
samascarenas@unm.edu | research.unm.edu

EX0038



EX0039

 

## APPLICATION INQUIRY [Open Rank in Quantum Information Science & Engineering-The University of New Mexico

**Romit Chakraborty** <romit.chakraborty@gmail.com>                              31 December 2024 at 14:33
To: Laura Gagliardi <lgagliardi@uchicago.edu>

Hi Laura,

I trust you are well.
I would like to update materials for this application I had made whilst at Berkeley. Would you kindly consent to your support?

Sincerely,
Romit

Romit Chakraborty**, Ph.D.**
Senior Quantum Solutions Computational Chemist
**PsiQuantum**
Palo Alto, California


---------- Forwarded message ---------
From: **Samuel Mascarenas** <samascarenas@unm.edu>
Date: Fri, 20 Dec 2024 at 11:25
Subject: APPLICATION INQUIRY [Open Rank in Quantum Information Science & Engineering-The University of New Mexico
To: Vice President for Research <vpr@unm.edu>
Cc: Greg Trejo <gtrejo@unm.edu>


[Quoted text hidden]



**Romit Chakraborty <romit.chakraborty@gmail.com>**

**APPLICATION INQUIRY [Open Rank in Quantum Information Science & Engineering-The University of New Mexico**

**Laura Gagliardi** <lgagliardi@uchicago.edu>                                    1 January 2025 at 03:51
To: Romit Chakraborty <romit.chakraborty@gmail.com>

Dear Romit,

I am sorry but I will not be able to write a letter of support.

Thank you for your understanding.

Laura

-------------------------------------------------------------------
Laura Gagliardi
Richard and Kathy Leventhal Professor
Department of Chemistry, Pritzker School of Molecular Engineering, James Franck Institute

Department of Chemistry
The University of Chicago
5735 S Ellis Ave, Chicago, IL 60637
Email: lgagliardi@uchicago.edu
Group Web Site: https://gagliardigroup.uchicago.edu
--------------------------------------------------------------------

[Quoted text hidden]

EX0041


## APPLICATION INQUIRY [Open Rank in Quantum Information Science & Engineering-The University of New Mexico

**Romit Chakraborty** <romit.chakraborty@gmail.com>                    1 January 2025 at 05:03
To: Laura Gagliardi <lgagliardi@uchicago.edu>

Hi Laura,

Thank you for your response.

Romit

Romit Chakraborty**, Ph.D.**
Senior Quantum Solutions Computational Chemist
**PsiQuantum**
Palo Alto, California

[Quoted text hidden]

EX0042