# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: ROMIT CHAKRABORTY     Case Number: 26-cv-00106
      v. LAURA GAGLIARDI

An appearance is hereby filed by the undersigned as attorney for:

Laura Gagliardi

Attorney name (type or print): Caroline K. Vickrey

Firm: Johnson & Bell, Ltd.

Street address: 33 W. Monroe St., Suite 2700

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6210332      Telephone Number: (312) 372-0770
(See item 3 in instructions)

Email Address: vickreyc@jbltd.com

Are you acting as lead counsel in this case?    ☑Yes ☐No

Are you a member of the court's general bar?    ☑Yes ☐No

Are you a member of the court's trial bar?    ☑Yes ☐No

Are you appearing *pro hac vice*?    ☐Yes ☑No

If this case reaches trial, will you act as the trial attorney? ☑Yes ☐No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 16, 2026

Attorney signature:    S/ Caroline K. Vickrey _____
(Use electronic signature if the appearance form is filed electronically.)