# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: ROMIT CHAKRABORTY
v. LAURA GAGLIARDI

Case Number: 26-cv-00106

An appearance is hereby filed by the undersigned as attorney for:

Laura Gagliardi

Attorney name (type or print): Georgia A. Arvanitis

Firm: Johnson & Bell, Ltd.

Street address: 33 W. Monroe St., Suite 2700

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6352525
(See item 3 in instructions)

Telephone Number: (312) 372-0770

Email Address: arvanitisg@jbltd.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 22, 2026

Attorney signature: S/ Georgia A. Arvanitis

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023