## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Romit Chakraborty

     Plaintiff,

v.

Laura Gagliardi

     Defendant.

Case No.: 1:26–cv–00106

Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 28, 2026:

  MINUTE entry before the Honorable Jorge L. Alonso:The Court is in receipt of Defendant's motion to dismiss. Plaintiff shall file a response by 5/26/26; Defendant shall file a reply by 6/9/26. Plaintiff's motion to extend the deadline for service of process [13] is denied as moot. 4/29/26 motion status hearing and 5/5/26 motion hearing are stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.