BC

FILED
6/15/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMC

| | | |
|---|---|---|
| ROMIT CHAKRABORTY, Ph.D. | ) ) ) ) | **United States District Court** **Northern District of Illinois** |
| Plaintiff, | ) ) | **Chakraborty v. Gagliardi** Case No. 1:26-cv-00106 |
| v. | ) ) | Judge Hon. Jorge L. Alonso Magistrate Judge Hon. Albert Berry III |
| LAURA GAGLIARDI | ) ) ) | |
| Defendant. | ) | |

PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

Please take notice that the physical mailing address for Plaintiff Romit Chakraborty, proceeding pro se, has changed. Pursuant to Fed. R. Civ. P. 11(a), all future correspondence, service of process, and pleadings should be directed to the following address:

Romit Chakraborty,

2261 Market Street,

STE 72927,

San Francisco, CA 94114.

The email address of record (romit.chakraborty@gmail.com) and telephone number remain unchanged.

Romit Chakraborty, Ph.D.

2261 Market Street, STE 72927

San Francisco, CA 94114

Telephone: +1 773-816-8338

Primary Electronic Service Address: romit.chakraborty@gmail.com


Dated: June 15, 2026

Respectfully submitted,

/s/ Romit Chakraborty, Ph.D.

ROMIT CHAKRABORTY, Ph.D.

*Plaintiff Pro Se*

**CERTIFICATE OF SERVICE**

I, Romit Chakraborty, hereby certify that on June 15, 2026, I electronically filed the foregoing *Plaintiff's Notice of Change of Address* using the Court's electronic filing system, which will automatically send notification of such filing to all counsel of record, including:

Caroline K. Vickrey

Georgia A. Arvanitis

JOHNSON & BELL, LTD.

33 West Monroe Street,

Suite 2700

Chicago, Illinois 60603

[vickreyc@jbltd.com](mailto:vickreyc@jbltd.com),

arvanitisg@jbltd.com

/s/ Romit Chakraborty

Romit Chakraborty, Ph.D. Plaintiff Pro Se