Exhibit to Motion for Stay

---

**From:** Romit Chakraborty <romit.chakraborty@gmail.com>
**Sent:** Thursday, June 11, 2026 11:14 AM
**To:** valayagarawal@uchicago.edu
**Cc:** Caroline K. Vickrey <vickreyc@jbltd.com>; Georgia A. Arvanitis <arvanitisg@jbltd.com>; Romit Chakraborty <romit@pointreyessound.com>
**Subject:** Chakraborty v. Gagliardi — Deposition Availability and Preservation Inquiry

Dear Mr. Agarwal,

I write in connection with *Chakraborty v. Gagliardi*, No. 1:26-cv-00106, pending in the United States District Court for the Northern District of Illinois.

I am contacting you because you may possess first-hand factual information relevant to Plaintiff's role, title, staff/researcher status, group status, research activity, group meetings, technical presentations, publication/project materials, and related events during Plaintiff's time in Professor Gagliardi's research group at the University of Chicago.

This is a scheduling and preservation inquiry only. It is not a subpoena, is not a formal notice of deposition, does not seek expert review, and does not waive any rights or requirements under the Federal Rules of Civil Procedure. If voluntary scheduling is not feasible, Plaintiff reserves all rights to proceed through formal process, including issuance and service of a deposition subpoena under Federal Rule of Civil Procedure 45.

Plaintiff understands that you may have information concerning, among other things:

1. Plaintiff's role, title, appointment, staff/researcher status, and group status in Professor Gagliardi's research group;
2. statements, references, or group understandings concerning whether Plaintiff was a staff researcher, Quantum-AI Researcher, postdoctoral researcher, postdoc, or otherwise classified within the group;
3. Plaintiff's research activity, technical output, publication/project materials, and participation in group research;
4. group meetings, technical discussions, presentations, or informal discussions involving Plaintiff's work in quantum chemistry, artificial intelligence, active-space selection, large language models, foundation models, graph-based methods, or related computational work;
5. communications or observations concerning Plaintiff's research activity, technical output, publication materials, performance, professional role, and scientific contributions;
6. communications or observations concerning Plaintiff's age, seniority, academic placement, postdoctoral status, staff status, or perceived eligibility for continued participation in academia;
7. communications or observations concerning any statements by Professor Gagliardi or others about Plaintiff's academic seriousness, research conduct, performance, honesty, or professional suitability; and
8. the factual basis, if any, for any contention that Plaintiff did not perform research, did not produce technical work, or did not meaningfully participate in research activity while at the University of Chicago.

1



EXHIBIT

**A**

Please preserve any documents, notes, emails, text messages, calendar entries, drafts, slides, whiteboard photographs, electronic notes, handwritten notes, or other records in your possession, custody, or control that may relate to the topics above.

Subject to any required agreement, stipulation, subpoena, or Court procedure, Plaintiff anticipates arranging a remote deposition by videoconference, with a certified court reporter administering the oath and recording testimony stenographically. Plaintiff anticipates reserving one full deposition day, up to seven hours of testimony, consistent with Federal Rule of Civil Procedure 30(d)(1), with reasonable breaks.

Please confirm whether you are available for one of the following Chicago-time deposition windows:

Monday, July 27, 2026, 9:00 a.m.–5:00 p.m. CDT
Tuesday, July 28, 2026, 9:00 a.m.–5:00 p.m. CDT
Wednesday, July 29, 2026, 9:00 a.m.–5:00 p.m. CDT
Thursday, July 30, 2026, 9:00 a.m.–5:00 p.m. CDT
Friday, July 31, 2026, 9:00 a.m.–5:00 p.m. CDT
Monday, August 3, 2026, 9:00 a.m.–5:00 p.m. CDT
Tuesday, August 4, 2026, 9:00 a.m.–5:00 p.m. CDT

If none of these dates work, please provide at least three alternative dates and times between July 27 and August 14, 2026, stated in Central Daylight Time.

If you are represented by counsel in connection with this matter, please forward this correspondence to counsel and identify who should receive future communications.

Counsel for Defendant is copied for transparency and to avoid any misunderstanding regarding this scheduling inquiry. I am also copying my Point Reyes Sound address for record-preservation purposes only.

Please respond by Wednesday, June 17, 2026, at 5:00 p.m. CDT.

Regards,
Romit Chakraborty
Plaintiff pro se
*Chakraborty v. Gagliardi*, No. 1:26-cv-00106

Romit Chakraborty, Ph.D.
Quantum Chemistry | Artificial Intelligence
M.S. (2013), Ph.D. (2017), University of Chicago
Google Scholar | LinkedIn | Portfolio | GitHub

Exhibit to Motion for Stay

---

**From:** Romit Chakraborty <romit.chakraborty@gmail.com>
**Sent:** Thursday, June 11, 2026 11:17 AM
**To:** qjwang@uchicago.edu
**Cc:** Caroline K. Vickrey <vickreyc@jbltd.com>; Georgia A. Arvanitis <arvanitisg@jbltd.com>; Romit Chakraborty <romit@pointreyessound.com>
**Subject:** Chakraborty v. Gagliardi — Deposition Availability and Preservation Inquiry

Ms. Wang,

I write in connection with *Chakraborty v. Gagliardi*, No. 1:26-cv-00106, pending in the United States District Court for the Northern District of Illinois.

I am contacting you because you may possess first-hand factual information relevant to Plaintiff's role, title, staff/researcher status, group status, research activity, public/group classification, technical work, and related events during Plaintiff's time in Professor Gagliardi's research group at the University of Chicago.

This is a scheduling and preservation inquiry only. It is not a subpoena, is not a formal notice of deposition, does not seek expert review, and does not waive any rights or requirements under the Federal Rules of Civil Procedure. If voluntary scheduling is not feasible, Plaintiff reserves all rights to proceed through formal process, including issuance and service of a deposition subpoena under Federal Rule of Civil Procedure 45.

Plaintiff understands that you may have information concerning, among other things:

1. Plaintiff's role, title, appointment, staff/researcher status, and group status in Professor Gagliardi's research group;
2. statements, references, or group understandings concerning whether Plaintiff was a staff researcher, Quantum-AI Researcher, postdoctoral researcher, postdoc, or otherwise classified within the group;
3. Plaintiff's research activity, technical output, publication/project materials, and participation in group research;
4. group communications, meetings, or observations concerning Plaintiff's work in quantum chemistry, artificial intelligence, active-space selection, large language models, foundation models, graph-based methods, or related computational work;
5. communications or observations concerning Plaintiff's research activity, technical output, publication materials, performance, professional role, and scientific contributions;

6. communications or observations concerning Plaintiff's age, seniority, academic placement, postdoctoral status, staff status, or perceived professional status within the group;
7. communications or observations concerning any statements by Professor Gagliardi or others about Plaintiff's academic seriousness, research conduct, performance, honesty, or professional suitability; and
8. the factual basis, if any, for any contention that Plaintiff did not perform research, did not produce technical work, or did not meaningfully participate in research activity while at the University of Chicago.

Please preserve any documents, notes, emails, text messages, calendar entries, drafts, slides, whiteboard photographs, electronic notes, handwritten notes, or other records in your possession, custody, or control that may relate to the topics above.

Subject to any required agreement, stipulation, subpoena, or Court procedure, Plaintiff anticipates arranging a remote deposition by videoconference, with a certified court reporter administering the oath and recording testimony stenographically. Plaintiff anticipates reserving one full deposition day, up to seven hours of testimony, consistent with Federal Rule of Civil Procedure 30(d)(1), with reasonable breaks.

Please confirm whether you are available for one of the following Chicago-time deposition windows:

Monday, July 27, 2026, 9:00 a.m.–5:00 p.m. CDT
Tuesday, July 28, 2026, 9:00 a.m.–5:00 p.m. CDT
Wednesday, July 29, 2026, 9:00 a.m.–5:00 p.m. CDT
Thursday, July 30, 2026, 9:00 a.m.–5:00 p.m. CDT
Friday, July 31, 2026, 9:00 a.m.–5:00 p.m. CDT
Monday, August 3, 2026, 9:00 a.m.–5:00 p.m. CDT
Tuesday, August 4, 2026, 9:00 a.m.–5:00 p.m. CDT

If none of these dates work, please provide at least three alternative dates and times between July 27 and August 14, 2026, stated in Central Daylight Time.

If you are represented by counsel in connection with this matter, please forward this correspondence to counsel and identify who should receive future communications.

Counsel for Defendant is copied for transparency and to avoid any misunderstanding regarding this scheduling inquiry. I am also copying my Point Reyes Sound address for record-preservation purposes only.

Please respond by Wednesday, June 17, 2026, at 5:00 p.m. CDT.

Regards,
Romit Chakraborty
Plaintiff pro se
*Chakraborty v. Gagliardi*, No. 1:26-cv-00106

Romit Chakraborty, Ph.D.
Quantum Chemistry | Artificial Intelligence

M.S. (2013), Ph.D. (2017), University of Chicago
[Google Scholar](#) | [LinkedIn](#) | [Portfolio](#) | [GitHub](#)

To be attached to Motion to Stay Discovery

**From:** Romit Chakraborty <romit.chakraborty@gmail.com>
**Sent:** Thursday, June 11, 2026 11:19 AM
**To:** Jacob Wardzala <jwardzala@uchicago.edu>
**Cc:** Caroline K. Vickrey <vickreyc@jbltd.com>; Georgia A. Arvanitis <arvanitisg@jbltd.com>; Romit Chakraborty <romit@pointreyessound.com>
**Subject:** Chakraborty v. Gagliardi — Deposition Availability and Preservation Inquiry

Mr. Wardzala,

I write in connection with *Chakraborty v. Gagliardi*, No. 1:26-cv-00106, pending in the United States District Court for the Northern District of Illinois.

I am contacting you because you may possess first-hand factual information relevant to Plaintiff's role, title, staff/researcher status, group status, research activity, technical discussions, group projects, and related events during Plaintiff's time in Professor Gagliardi's research group at the University of Chicago.

This is a scheduling and preservation inquiry only. It is not a subpoena, is not a formal notice of deposition, does not seek expert review, and does not waive any rights or requirements under the Federal Rules of Civil Procedure. If voluntary scheduling is not feasible, Plaintiff reserves all rights to proceed through formal process, including issuance and service of a deposition subpoena under Federal Rule of Civil Procedure 45.

Plaintiff understands that you may have information concerning, among other things:

1. Plaintiff's role, title, appointment, staff/researcher status, and group status in Professor Gagliardi's research group;
2. statements, references, or group understandings concerning whether Plaintiff was a staff researcher, Quantum-AI Researcher, postdoctoral researcher, postdoc, or otherwise classified within the group;
3. Plaintiff's research activity, technical output, publication/project materials, and participation in group research;
4. group research projects or technical discussions involving quantum chemistry, artificial intelligence, active-space selection, large language models, foundation models, graph-based methods, electronic-structure theory, or related computational work;
5. communications or observations concerning Plaintiff's research activity, technical output, publication materials, performance, professional role, and scientific contributions;
6. communications or observations concerning Plaintiff's age, seniority, academic placement, postdoctoral status, staff status, or perceived professional status within the group;
7. communications or observations concerning any statements by Professor Gagliardi or others about Plaintiff's academic seriousness, research conduct, performance, honesty, or professional suitability; and

8. the factual basis, if any, for any contention that Plaintiff did not perform research, did not produce technical work, or did not meaningfully participate in research activity while at the University of Chicago.

Please preserve any documents, notes, emails, text messages, calendar entries, drafts, slides, whiteboard photographs, electronic notes, handwritten notes, or other records in your possession, custody, or control that may relate to the topics above.

Subject to any required agreement, stipulation, subpoena, or Court procedure, Plaintiff anticipates arranging a remote deposition by videoconference, with a certified court reporter administering the oath and recording testimony stenographically. Plaintiff anticipates reserving one full deposition day, up to seven hours of testimony, consistent with Federal Rule of Civil Procedure 30(d)(1), with reasonable breaks.

Please confirm whether you are available for one of the following Chicago-time deposition windows:

Monday, July 27, 2026, 9:00 a.m.–5:00 p.m. CDT
Tuesday, July 28, 2026, 9:00 a.m.–5:00 p.m. CDT
Wednesday, July 29, 2026, 9:00 a.m.–5:00 p.m. CDT
Thursday, July 30, 2026, 9:00 a.m.–5:00 p.m. CDT
Friday, July 31, 2026, 9:00 a.m.–5:00 p.m. CDT
Monday, August 3, 2026, 9:00 a.m.–5:00 p.m. CDT
Tuesday, August 4, 2026, 9:00 a.m.–5:00 p.m. CDT

If none of these dates work, please provide at least three alternative dates and times between July 27 and August 14, 2026, stated in Central Daylight Time.

If you are represented by counsel in connection with this matter, please forward this correspondence to counsel and identify who should receive future communications.

Counsel for Defendant is copied for transparency and to avoid any misunderstanding regarding this scheduling inquiry. I am also copying my Point Reyes Sound address for record-preservation purposes only.

Please respond by Wednesday, June 17, 2026, at 5:00 p.m. CDT.

Regards,
Romit Chakraborty
Plaintiff pro se
*Chakraborty v. Gagliardi*, No. 1:26-cv-00106

Romit Chakraborty, Ph.D.
Quantum Chemistry | Artificial Intelligence
M.S. (2013), Ph.D. (2017), University of Chicago
Google Scholar | LinkedIn | Portfolio | GitHub

To be attached to Motion to Stay Discovery

**From:** Romit Chakraborty <romit.chakraborty@gmail.com>
**Sent:** Thursday, June 11, 2026 11:27 AM
**To:** Martin <MHead-Gordon@lbl.gov>; Martin HEAD-GORDON <mhg@cchem.berkeley.edu>; Martin Head-Gordon <m_headgordon@berkeley.edu>
**Cc:** Caroline K. Vickrey <vickreyc@jbltd.com>; Georgia A. Arvanitis <arvanitisg@jbltd.com>; Romit Chakraborty <romit@pointreyessound.com>
**Subject:** Chakraborty v. Gagliardi — Deposition Availability and Preservation Inquiry

Dear Professor Head-Gordon,

I write in connection with *Chakraborty v. Gagliardi*, No. 1:26-cv-00106, pending in the United States District Court for the Northern District of Illinois.

I am contacting you because you may possess first-hand factual information relevant to several issues in the case, including communications from Professor Laura Gagliardi concerning me, my title/status, research activity, professional suitability, academic seriousness, performance, honesty, PsiQuantum employment, publication/provenance issues, and the effect of those communications on my professional-reference network and prospective opportunities.

This is a scheduling and preservation inquiry only. It is not a subpoena, is not a formal notice of deposition, does not seek expert review of any manuscript, and does not waive any rights or requirements under the Federal Rules of Civil Procedure. If voluntary scheduling is not feasible, I reserve all rights to proceed through formal process, including issuance and service of a deposition subpoena under Federal Rule of Civil Procedure 45.

Your relevance as a fact witness is distinct from that of a technical expert. Plaintiff understands that you may have information concerning, among other things:

1. communications you received from Professor Gagliardi concerning Plaintiff's performance, research activity, academic seriousness, professional suitability, honesty, title/status, PsiQuantum employment, or post-University of Chicago professional standing;
2. communications you had with Professor Gagliardi in or around March–April 2024, July 2024, January 2025, or thereafter concerning Plaintiff;
3. the factual basis, content, timing, and effect of any statements by Professor Gagliardi that informed your view of Plaintiff's research activity, professional conduct, academic seriousness, suitability for academic or industry positions, or credibility;
4. your January 2025 written communications with Plaintiff concerning Professor Gagliardi's views, PsiQuantum, Plaintiff's professional standing, Plaintiff's request for discovery, and Plaintiff's request for support or reference assistance;

5. Plaintiff's research record, publication record, prior work with you at UC Berkeley/LBNL, and your historical role as Plaintiff's principal academic reference or potential reference;
6. communications or observations concerning Plaintiff's transition from UC Berkeley/LBNL to the University of Chicago, including any discussions of Plaintiff's seniority, postdoctoral status, staff-scientist status, or eligibility for particular academic/research appointments;
7. communications or observations concerning Plaintiff's official University of Chicago role, title, classification, or professional status, including whether Plaintiff was understood as a postdoctoral researcher, staff researcher, Quantum-AI Researcher, or other category;
8. communications or observations concerning Plaintiff's research activity, technical output, publication materials, manuscripts, source code, proposals, or scientific contributions after leaving Berkeley and during or after his University of Chicago appointment;
9. any communications with Plaintiff, Professor Gagliardi, UC Berkeley/LBNL personnel, University of Chicago personnel, PsiQuantum personnel, or others concerning Plaintiff's post-termination professional prospects, reputation, reference support, publication/provenance issues, or suitability for future roles; and
10. the factual basis, if any, for any contention that Plaintiff did not perform research, did not produce meaningful technical work, or was not professionally suited for academic or research-scientist opportunities.

Please preserve any documents, emails, text messages, calendar entries, notes, drafts, recommendation-related records, manuscript-related correspondence, reference-related communications, or other records in your possession, custody, or control that may relate to the topics above. This includes communications with Professor Gagliardi concerning Plaintiff, communications with Plaintiff concerning Professor Gagliardi or PsiQuantum, and communications concerning Plaintiff's research, professional status, references, or prospective employment.

Subject to any required agreement, stipulation, subpoena, or Court procedure, Plaintiff anticipates arranging a remote deposition by videoconference, with a certified court reporter administering the oath and recording testimony stenographically. Plaintiff anticipates reserving one full deposition day, up to seven hours of testimony, consistent with Federal Rule of Civil Procedure 30(d)(1), with reasonable breaks.

Please confirm whether you are available for one of the following deposition windows:

Tuesday, July 14, 2026, 9:00 a.m.–5:00 p.m. Pacific / 11:00 a.m.–7:00 p.m. Central
Wednesday, July 15, 2026, 9:00 a.m.–5:00 p.m. Pacific / 11:00 a.m.–7:00 p.m. Central
Thursday, July 16, 2026, 9:00 a.m.–5:00 p.m. Pacific / 11:00 a.m.–7:00 p.m. Central
Friday, July 17, 2026, 9:00 a.m.–5:00 p.m. Pacific / 11:00 a.m.–7:00 p.m. Central
Monday, July 20, 2026, 9:00 a.m.–5:00 p.m. Pacific / 11:00 a.m.–7:00 p.m. Central
Tuesday, July 21, 2026, 9:00 a.m.–5:00 p.m. Pacific / 11:00 a.m.–7:00 p.m. Central
Wednesday, July 22, 2026, 9:00 a.m.–5:00 p.m. Pacific / 11:00 a.m.–7:00 p.m. Central

If none of these dates work, please provide at least three alternative dates and times between July 14 and July 31, 2026, stated in Pacific Time.

If you are represented by counsel in connection with this matter, please forward this correspondence to counsel and identify who should receive future communications.

Counsel for Defendant is copied for transparency and to avoid any misunderstanding regarding this scheduling inquiry. I am also copying my Point Reyes Sound address for record-preservation purposes only.

Please respond by Thursday, June 18, 2026, at 5:00 p.m. Pacific Time.

Regards,
Romit Chakraborty

Plaintiff pro se
*Chakraborty v. Gagliardi*, No. 1:26-cv-00106

Romit Chakraborty, Ph.D.
Quantum Chemistry | Artificial Intelligence
M.S. (2013), Ph.D. (2017), University of Chicago
Google Scholar | LinkedIn | Portfolio | GitHub