**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ROMIT CHAKRABORTY, | ) | |
| | ) | Case No. 26-cv-00106 |
| Plaintiff, | ) | |
| | ) | Judge: Hon. Jorge L. Alonso |
| v. | ) | |
| | ) | Magistrate Judge: Hon. Albert Berry, III |
| LAURA GAGLIARDI, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF MOTION</u>

TO:   Romit Chakraborty, Ph.D.
2261 Market Street, Suite 72927
San Francisco, CA 94114
(773) 816-8338
romit.chakraborty@gmail.com

Please take notice that on **June 23, 2026 at 9:30 a.m.**, I shall appear before **The Honorable Jorge L. Alonso in Room 1903 via Zoom: Meeting ID: 987 1163 7423; Zoom Passcode: 277091** at the **United States District Court for the Northern District of Illinois,** and then and there present **Defendant Dr. Laura Gagliardi's Motion for Stay of Oral Discovery Pending Resolution of Rule 12(b)(6) Motion to Dismiss,** a copy of which is served upon you.

Respectfully submitted,

JOHNSON & BELL, LTD.

/s/ Georgia A. Arvanitis
One of the Attorneys for Defendant,
Dr. Laura Gagliardi

Caroline K. Vickrey – ARDC #6210332
Georgia A. Arvanitis – ARDC #6352525
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770
(312) 372-9818 Fax
vickreyc@jbltd.com
arvanitisg@jbtd.com

# CERTIFICATE OF SERVICE

The undersigned, an attorney on oath, states that she served this notice by electronically filing same using the CM/ECF system, which will send notification of such filing to all counsel, on June 17, 2026.

/s/ Georgia A. Arvanitis
One of the Attorneys for Defendant,
Dr. Laura Gagliardi