## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Romit Chakraborty

Plaintiff,

v.                                                     Case No.: 1:26–cv–00106
                                                       Honorable Jorge L. Alonso

Laura Gagliardi

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 18, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: The Court is in receipt of Plaintiff's request for judicial notice [26] and Defendant's motion to stay oral discovery [28]. The Court will rule on Plaintiff's request for judicial notice alongside Defendant's motion to dismiss [18]. Defendant's motion to stay oral discovery [28] is denied. This case is referred to the Magistrate Judge for supervision of discovery and for a settlement conference, should the parties later request one. The Magistrate Judge has authority to set and modify deadlines. Motion hearing date of 6/23/26 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.