# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Romit Chakraborty

           Plaintiff,

v.

Laura Gagliardi

           Defendant.

Case No.: 1:26–cv–00106

Honorable Jorge L. Alonso

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Albert Berry, III for the purpose of holding proceedings related to: discovery supervision; settlement conference. (lf, )Notice mailed by Judge's staff.

Dated: June 18, 2026

/s/ Jorge L. Alonso

United States District Judge