Romit Chakraborty

　　　　　　　　　　Plaintiff,

v.

Laura Gagliardi

　　　　　　　　　　Defendant.

Case No.: 1:26–cv–00106
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 22, 2026:

　　　MINUTE entry before the Honorable Albert Berry III: Initial status hearing held 7/22/26. The Court lifts the stay of discovery [38] now that the parties have filed their Rule 26(f) report [37]. The Court sets a 11/30/26 fact discovery deadline, which includes treating physicians. Plaintiff is ordered to serve his responses to Defendants' written discovery requests on or before 7/31/26. As discussed in open court, Defendants' may re–file their prior discovery motion [34]. Plaintiff&#039;s brief in response is due 8/4/26. No reply brief may be filed without leave of Court. A video motion hearing is set for 8/25/26 at 10:15 a.m. Instructions will be emailed to counsel. Members of the public and media will be able to call in to listen to this hearing. Call (855)–244–8681, access code 2316 863 7794#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.