# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Romit Chakraborty

        Plaintiff,

v.

Laura Gagliardi

        Defendant.

Case No.: 1:26–cv–00106

Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 29, 2026:

    MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. Plaintiff's Motion for leave to file second amended complaint [39] is granted. Plaintiff is directed to file the second amended complaint as a separate document. Defendant's Motion to dismiss [18] is denied as moot. Defendant renewed motion to dismiss shall be filed by 8/11/26; response shall be filed by 8/18/26; reply shall be filed by 8/25/26. The Court will rule electronically on the renewed motion. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.