BC

 **FILED** 8/4/2026 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

 AXM

| | | |
|---|---|---|
| ROMIT CHAKRABORTY, Ph.D., | ) | **United States District Court** |
| | ) | **Northern District of Illinois** |
| Plaintiff, | ) | |
| | ) | Chakraborty v. Gagliardi |
| v. | ) | Case No. 1:26-cv-00106 |
| | ) | Judge: Hon. Jorge L. Alonso |
| LAURA GAGLIARDI, | ) | Magistrate Judge: Hon. Albert Berry III |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN ORDER GOVERNING THE SEQUENCE, LOCATION, AND FORMAT OF DEPOSITIONS [DKT. 41]

**Exhibit 1 —** Current professional résumé of Romit Chakraborty, dated August 4, 2026 (3 pages), offered to corroborate Plaintiff's professional background, Point Reyes Sound, Inc.'s current research program, and the company's intellectual-property record.

**Exhibit 2 —** Narrowly selected and redacted excerpt from Plaintiff's approved 2024 O-1A petition (5 source pages, excluding exhibit cover), including: (a) a redacted Form I-797A approval notice; (b) selected pages of the employer's principal support letter identifying the O-1A classification, scientific field, employer-petitioned position, and regulatory criteria; (c) the O/P Classification Supplement identifying O-1A extraordinary ability in the sciences; and (d) the support letter's conclusion. Submitted solely to corroborate the prior approval and the structured, evidence-intensive nature of a future O-1A pathway.

1

# EXHIBIT 1

## Current Professional Résumé of Romit Chakraborty, Ph.D. (August 4, 2026)

Submitted to corroborate Plaintiff's professional background, the present research program of Point Reyes Sound, Inc., and the company's intellectual-property record.

The geographic labels in the résumé identify institutional or corporate locations. Plaintiff's present physical residence and working base are in India, as stated in his declaration.

# Romit Chakraborty, Ph.D.

☐ +1 773-816-8338 | ✉ romit.chakraborty@gmail.com | 🏠 www.pointreyessound.com

## Professional Profile ────────────────────────────────

Quantum Chemist and Artificial Intelligence Researcher specializing in phase-space electronic structure theory and fault-tolerant quantum computing (FTQC). Proven track record of developing highly scalable methodologies for quantum chemistry, materials science and engineering machine learning infrastructure to process large-scale synthetic datasets. Expertise in bridging theoretical physics as it applies to quantum chemistry and materials science with high-performance computational modelling.

## Key Skills & Tools ────────────────────────────────

| | |
|---|---|
| 2023-now | **ML Infrastructure & Distributed Training**, PyTorch Distributed, JAX (pmap), CUDA, Multimodal LLMs |
| 2023-now | **Quantum AI & Fault Tolerance**, Fault-Tolerant Quantum Computing (FTQC), Quantum Error Correction (QEC) |
| 2024-now | **Data Pipelines & Synthetic Generation**, Large-Scale Synthetic Datasets, Vector Databases (ChromaDB) |
| 2012-now | **Programming & HPC Operations**, Python, C++, MPI, Slurm, High-Performance Computing (HPC) |
| 2012-now | **Rigorous Mathematical Modeling**, Phase-Space Lattice Boltzmann Method (PS-LBM), PySCF |

## Professional Experience ────────────────────────────────

| | |
|---|---|
| 2025-2026 | **Principal Researcher**, Point Reyes Sound Research Initiative, Cupertino, CA |
| 2024-2025 | **Senior Computational Scientist, AI & Solutions**, PsiQuantum, Palo Alto, CA, USA |
| 2023-2024 | **Staff Researcher in Quantum AI**, University of Chicago, Chicago, IL, USA |
| 2017-2023 | **Postdoctoral Research Fellow (Computational Science)**, UC Berkeley & LBNL, Berkeley, CA, USA |
| 06-08/2022 | **Scientific Computing Consultant**, NewtonX, Remote, part-time, USA |
| 2018-2020 | **Scientific Software Engineer**, Q-Chem Inc., CA, USA |

## Education ────────────────────────────────

**University of California, Berkeley and Lawrence Berkeley National Laboratory**  *Berkeley, CA, USA*
POSTDOCTORAL RESEARCH FELLOW IN COMPUTATIONAL MATERIALS SCIENCE  *2017-2023*
Advisor: Prof. Martin Head-Gordon

**University of Chicago**  *Chicago, IL, USA*
MS, PH.D. IN THEORETICAL AND COMPUTATIONAL QUANTUM CHEMISTRY  *2012-2017*
Advisor: Prof. David A. Mazziotti

**IIT Bombay**  *Bombay, India*
MASTER OF SCIENCE  *2009-2012*
Thesis: Relativistic Quantum Mechanics of the Pionium Atom in Uniform Magnetic Fields

**St Stephen's College, Delhi**  *Delhi, India*
B.Sc (HONS) IN CHEMISTRY, WITH PHYSICS AND MATHEMATICS  *2006-2009*

**Point Reyes Sound, Inc.**  *San Francisco, CA*
FOUNDER & PRINCIPAL RESEARCHER  *Mar 2025 -- Present*

- **FTQC Compiler Architecture (QBET):** Transitioned an independent research initiative into a Delaware C-Corp (April 2026), engineering a classical-to-quantum compiler that restricts quantum workloads strictly to the active space. Benchmarked on $Cr_2$ at the aug-cc-pVQZ limit, achieving a 1,747x reduction in Toffoli gate complexity and compressing simulation runtimes from 70+ hours to 2.4 minutes.
- **AI-Accelerated Phase-Space Transport:** Developed a Hessian-free orbital optimization framework utilizing continuous phase-space fluid advection and the BGK collision operator to autonomously offload dynamic correlation. Implemented purely matrix-free tensor formulations via differentiable JAX kernels to bypass classical RAM bottlenecks for high-speed GPU execution.
- **Solid-State $k$-Space Decoupling (C-QBET):** Generalized the fluid transport engine for periodic crystalline systems by projecting continuous Wigner distributions onto cGTOs. Mapped multidimensional transport to decoupled matrix relaxations across the Brillouin zone, circumventing the intractable scaling penalties of standard plane-wave frameworks.
- **Intellectual Property:** Authored, filed, and formally assigned U.S. Provisional Patent App. No. 64/033,274 (Quantum Boltzmann Equation framework) to the corporate entity, translating fundamental electronic structure methodologies into scalable, commercial quantum-accelerated technologies.

**PsiQuantum, Corp.** *Palo Alto, CA*
Senior Computational Scientist, Quantum Solutions *Oct 2024 -- Mar 2025*
- Engineered highly scalable distributed computational applications and simulation pipelines, translating complex quantum mechanical models into performant, production-ready software.

**University of Chicago** *Chicago, IL*
Staff Researcher, Generative AI & Machine Learning *Nov 2023 -- Oct 2024*
- **Generative AI Integration (Azure Accelerate Grant):** Secured the Microsoft Azure Accelerate Foundation Models Research grant to pioneer the integration of physical symmetries into large-scale generative architectures, utilizing PyTorch and JAX for efficient inference implementation.
- **Physics-Grounded Generative Workflows (NeurIPS 2026):** Led the development of a symmetry-aware framework conditioning generative outputs on strict physical constraints (geometry, charge/spin, point-group symmetry), effectively solving out-of-distribution mode collapse.
- **Automated Evaluation & Distributed Training (JCTC 2026):** Built distributed training pipelines natively in PyTorch to generate mathematically-verified synthetic supervision data, establishing evaluation metrics defined by exact structural equivalences rather than heuristics.

## Publications
+ *Equal Contributors*

### In Preparation & Submitted

**Chakraborty, R.** Quantum Boltzmann Equation Self-Consistent-Field Method for Entropic Regularization of Mean-Field Singularities near Conical Intersections, *Submitted to The Journal of Chemical Physics,* **2026**.

**Chakraborty, R.** The Quantum Boltzmann Entrainment Tensor: A Hessian-Free Framework for Multireference Orbital Optimization, *In Preparation for JCTC,* **2026**.

**Chakraborty, R.** Crystalline Phase-Space Lattice Boltzmann Method: k-Space Generalization of Entropic Regularization in Periodic Solids, *In Preparation for Physical Review Letters,* **2026**.

**Chakraborty, R.** Hardware Resource Compilation for Active-Space Driven Fault-Tolerant Quantum Simulation, *In Preparation for PRX Quantum,* **2026**.

**Chakraborty, R.** On the Kinetic Origin of the CO dipole moment, *In Preparation,* **2026**.

**Chakraborty, R.** Phase-Space Tomography Reveals Hidden Topology in Chemical Bonding, *In Preparation for Nature Chemistry,* **2026**.

### In Print

**Chakraborty, R.**, Talbot, J. J., Shen, H., Yabuuchi, Y., Jiang, H., Carsch, K.M., Furukawa, H., Long, J.R., Head-Gordon, M. **2024**. Quantum Chemical Modeling of Hydrogen Binding in Metal-Organic Frameworks: Validation, Insight, Predictions and Challenges. *Selected as a Hot Article*. Phys. Chem. Chem. Phys. 26 (8), 6490-6511

Carsch, K.M.,**Chakraborty, R.**, Head-Gordon, M, Long, J.R. et. al. . **2023**. Selective Adsorption of Oxygen from Humid Air in a Metal–Organic Framework with Trigonal Pyramidal Copper(I) Sites. J. Am. Chem. Soc. 2024, 146, 5, 3160–3170

Talbot J.J., **Chakraborty, R.**, Shen, H., Head-Gordon, M. **2023**. A Free Energy Decomposition Analysis: Insight into Binding Thermodynamics from Absolutely Localized Molecular Orbitals. *J. Phys. Chem. Lett.*, 14, 5432-5440.

Funke L.M., **Chakraborty R.**, Carsch, K.M., Head-Gordon, M., Long, J.R., Reimer, J.A..**2023**. Assessment of Adsorbate $\pi$-backbonding in Cu(I) Metal–Organic Frameworks via Multinuclear NMR Spectroscopy and Density Functional Theory Calculations. *J. Phys. Chem. C* 127 (15): 7513–7519

**Chakraborty, R.**, Carsch, K.M., Jaramillo, David E, Yabuuchi Tuto, Furukawa H, Long, J.R., Head-Gordon M. **2022**. Prediction of Multiple Hydrogen Ligation at a Vanadium(II) Site in a Metal-Organic Framework. *J. Phys. Chem. Lett.*, 13(44): 10471-10478.

Barnett, B.R., Evans, H.A, Su, G.M., Jiang, H.Z.H., **Chakraborty, R.**, Banyeretse, D., Hartman, T.J., Martinez, M.B., Trump, B.A., Tarver, J.D., Dods, M.N., Funke, L.M., Borgel, J., Reimer, J.A., Drisdell, W.A., Hurst, K.E., Gennett, T., FitzGerald, S.A., Brown, C.M., Head-Gordon, M., Long, J.R. **2021**. Observation of an Intermediate to H2 Binding in a Metal–Organic Framework. 2021. *J. Am. Chem. Soc.*, 143(36): 14884-14894.

Epifanovsky E., Gilbert A.T.B., Feng X., Lee J., Mao Y., Mardirossian N., ..., **Chakraborty, R.**, ..., Head-Gordon, M., Herbert J.M., Krylov, A.I. Software for the frontiers of quantum chemistry: An overview of developments in the Q-Chem 5 package. ***2021***. *J. Chem. Phys.*, 155(8):084801

Jaramillo, D.E., Jiang, H.Z.H., Evans, H.A., **Chakraborty, R.**, Furukawa, H., Brown, C.M., Head-Gordon, M., Long, J.R. ***2021***. Ambient-temperature hydrogen storage via vanadium (II)-dihydrogen complexation in a metal–organic framework. *J. Am. Chem. Soc.*, 143(16):6248:6256

Stauch T.[+], **Chakraborty, R.**[+], Head-Gordon, M. 2019. Quantum Chemical Modeling of Pressure Induced Spin Crossover in Octahedral Metal Ligand Complexes. ***2019***. *ChemPhysChem*, 20(21):2742-2747

**Chakraborty, R.**, Mazziotti, D.A. ***2018***. Sparsity of the wavefunction from the generalized Pauli exclusion principle. *J. Chem. Phys.* 148 (5), 054106.

**Chakraborty, R.**, Mazziotti, D.A. 2017. Noise-assisted energy transfer from the dilation of the set of one electron reduced density matrices. ***2017***. *J. Chem. Phys.* 146 (18), 184101.

**Chakraborty, R.**, Mazziotti, D.A. ***2016***. Role of the generalized Pauli constraints in the quantum chemistry of excited states. *Int. J. Quantum Chem.* 116 (10), 784-790.

**Chakraborty, R.**, Mazziotti, D.A. ***2015***. Structure of the one electron reduced density matrix from the generalized Pauli exclusion principle. *Int. J. Quantum Chem.* 115 (19), 1305-1310.

**Chakraborty, R.**, Mazziotti, D.A. ***2015***. Sufficient condition for the openness of a many electron quantum system from the violation of a generalized Pauli exclusion principle. *Physical Review A* 91 (1), 010101

Datta, S. N., Ghosh A., **Chakraborty, R.**. ***2015***. Variational aspects of the Klein–Gordon equation. *Ind. J. Phys.* 89 (2), 181-187.

**Chakraborty, R.**, Mazziotti, D.A. ***2014***. Generalized Pauli conditions on the spectra of one electron reduced density matrices of atoms and molecules. *Phy. Rev. A* 89 (4), 042505.

`https://scholar.google.com/citations?hl=en&user=m4HlFRIAAAAJ&view_op=list_works&sortby=pubdate`

## Awards, Fellowships, & Grants

| | |
|---|---|
| Fall, 2023 | **Accelerate Foundation Models Research**, Microsoft Research for LoRA fine-tuning OpenAI models |
| Smr, 2023 | **Award for Contributions to Inclusion in Science and Society**, Berkeley Lab (Postdoc Assoc.) |
| Smr, 2023 | **Successful EOI for Independent Early Career Fellowships**, University of Oxford, UK |
| Fall, 2015 | **Arts Science and Culture Graduate Fellowship**, University of Chicago, USA |
| Smr, 2009 | **Lindau Graduate Fellowship**, German Research Foundation (DFG) |

## Outreach & Professional Development

### PEER REVIEW

*Nature Communications, 2022*
*Journal of Chemical Theory and Computation, 2023*
*Molecular Physics, 2018, 2019, 2020*
*Journal of Physics: Condensed Matter, 2017*

### PROFESSIONAL MEMBERSHIPS

American Physical Society
Councillor (alternate) at California Section of the American Chemical Society (2023-2026) Program Book
Coordinator at the Western Regional Meeting (2025)
Project SEED (Summer Opportunities for Economically Disadvantaged Students) (2025-2026)

# EXHIBIT 2

## Redacted Excerpt of Approved O-1A Petition

Submitted solely to corroborate: (1) USCIS approval of Plaintiff's prior O-1A petition; (2) the employer-petitioned nature of the classification; (3) the scientific field and position; and (4) the structured, evidence-intensive nature of the petition.

Personal identifiers and materials unrelated to these narrow purposes have been omitted or redacted.

*Chakraborty v. Gagliardi, No. 1:26-cv-00106*

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

[RECEIPT AND ADDRESS INFORMATION REDACTED]

| | |
|---|---|
| **Case Type** | |
| I129 - PETITION FOR A NONIMMIGRANT WORKER | |
| **Petitioner** | |
| PSIQUANTUM CORP | |
| **Beneficiary** | |
| CHAKRABORTY, ROMIT | |

**Notice Type:** Approval Notice
**Class:** O1A
**Valid from** 10/28/2024 to 10/27/2027

...en approved. The status of the named beneficiary(ies) in this classification is
... for the petitioner pursuant to this approval notice, but only as detailed in the
...wise authorized by law. Changes in employment or training may require you to

...etition validity dates above because the I-94 below may contain a grace period
...r the following classifications: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A,
...or H-2A nonimmigrants may contain a grace period of up to one week before
and 30 days after the petition validity period. However, the beneficiary(ies) may not work during such grace periods, unless otherwise authorized by law. The decision to grant a grace period and the length of the granted grace period is discretionary, final, and cannot be contested on motion or appeal. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the beneficiary(ies). The beneficiary(ies) should keep the right part (the I-94 portion) with his or her other Forms I-94, Arrival-Departure Record. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted a change of status who leaves the U.S. and is not visa-exempt must normally obtain a visa in the new classification before returning. The left part can be used when applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry based on this approval notice at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this petition does not guarantee that the beneficiary(ies) will be found to be eligible for a visa, for admission to the United States (if traveling abroad and seeking re-admission), or for a subsequent extension of stay, change of status, or adjustment of status.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
PO Box 30113
Tustin CA 92781

**USCIS Contact Center: www.uscis.gov/contactcenter**

PLEASE

[DETACHABLE I-94 AND PERSONAL IDENTIFIERS OMITTED]



October 3, 2024

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

> **RE:** **<u>O-1 Non-Immigrant Visa Petition – Extraordinary Ability in the Sciences</u>**
> **Petitioner:** PsiQuantum Corp.
> **Beneficiary:** Romit Chakraborty, Ph.D.
> **Position:** Senior Quantum Solutions Computational Chemist
> **Expertise:** Quantum Chemistry, specifically in Quantum Information and Material Science Simulations

Dear Immigration Examiner:

This letter is written in support of the O-1 visa petition filed on behalf of Dr. Romit Chakraborty (herein "Dr. Chakraborty" or "the beneficiary") as an individual of extraordinary ability in the sciences. We respectfully request the approval of this petition so that Dr. Chakraborty may serve as a Senior Quantum Solutions Computational Chemist at PsiQuantum Corp. (herein "PsiQuantum" or "the Petitioner"). Dr. Chakraborty is a leading quantum chemist who specializes in quantum information and material science simulations, and his research is critical to the continued technological and scientific advancement of the United States.

## <u>THE BENEFICIARY, DR. CHAKRABORTY</u>
### [Exhibit 1]

With expertise in quantum information and material science simulations, **Dr. Chakraborty is a quantum chemist of extraordinary ability** whose work has primarily focused on **developing efficient energy storage and conversion systems**. By applying rigorous quantum information theory concepts for quantum sensing, simulating the interstitial binding of small molecules in metal-organic frameworks (MOFs), and using large language models in quantum chemistry calculations, **Dr. Chakraborty transforms abstract quantum mechanics concepts into physical designs that allow for the transition to cleaner energy sources**.

Dr. Chakraborty has been **offered** and has **accepted** the position of **Senior Quantum Solutions Computational Chemist at PsiQuantum**. This position is slated to begin in October 2024, pending the approval of this petition. As part of the Quantum Solutions team, Dr. Chakraborty will focus ███████████████████████████████████████████ and established computational physics and chemistry tools, ████████████████████████████ ███████████████████████████████ His efforts will **support innovations in applied fields** such as energy materials, batteries, and catalysis, among others.

Throughout his career, Dr. Chakraborty has **published 17 peer-reviewed articles in high-impact journals**, including *Journal of the American Chemical Society* (JACS). These publications address critical challenges in quantum chemistry and materials science and have garnered **<u>over 1,150 citations</u>**, reflecting their impact and recognition by the scientific community. In addition, Dr. Chakraborty has been invited to serve, and has subsequently served, as a **peer reviewer** for distinguished journals like *Nature Communications*, among others.

coverage by an industry analyst **"[s]hockingly…shows that they [i.e., PsiQuantum] are publishing new inventions at a pace that outshines established industry players like Rigetti and D-Wave and are keeping pace with giants like Microsoft and Google."** More specifically, **PsiQuantum's current patent portfolio includes hundreds of pending and approved patent applications [Exhibit 2B]**.

### DR. CHAKRABORTY'S QUALIFICATIONS AS AN INDIVIDUAL OF EXTRAORDINARY ABILITY IN THE SCIENCES

Based on the above and the evidence submitted herewith, PsiQuantum considers Dr. Chakraborty to be among the top percentage of quantum chemists in the world. Accordingly, Dr. Chakraborty qualifies under *__five__* of the regulatory criteria, as enumerated below:

I.      Dr. Chakraborty has received nationally or internationally recognized prizes or awards for excellence in the field of endeavor;

II.     Dr. Chakraborty is a member in associations in the field for which classification is sought, which require outstanding achievements of their members, as judged by recognized national or international experts in their disciplines or fields;

III.    Dr. Chakraborty has authored scholarly articles in the field, in professional journals, or other major media;

IV.     Dr. Chakraborty has participated on a panel, or individually, as a judge of the work of others in the same or in an allied field of specialization for which classification is sought; and

V.      Dr. Chakraborty has made scientific, scholarly, or business-related contributions of major significance in the field.

Below, each criterion has been elaborated upon to clearly demonstrate that Dr. Chakraborty qualifies as a foreign national of extraordinary ability in the sciences.

I.      *__Dr. Chakraborty has received nationally or internationally recognized prizes or awards for excellence in the field of endeavor__*

*__AND__*

II.     *__Dr. Chakraborty is a member in associations in the field for which classification is sought, which require outstanding achievements of their members, as judged by recognized national or international experts in their disciplines or fields__*

**Exhibit 4**      Evidence of Dr. Chakraborty being **nominated and subsequently selected for the Lindau Graduate Award and selection as a member of the 59th Meeting of Nobel Laureates, dedicated to Chemistry (2009).** Dr. Chakraborty was chosen for this high honor and represented India at the meetings held in Lindau, Germany.

- In 2009, Dr. Chakraborty was **nominated by the Department of Science & Technology (DST) of the Government of India** to the Council for the



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

| Section 1. | Complete This Section if Filing for O or P Classification |
|---|---|

1. Name of the Petitioner

> PsiQuantum Corp.

**Name of the Beneficiary or if this petition includes multiple beneficiaries, the total number of beneficiaries included.**

2.a. Name of the Beneficiary

> Romit CHAKRABORTY

**OR**

2.b. Provide the total number of beneficiaries:

3. **Classification sought** (select **only one** box)

- ☒ **a.** O-1A Beneficiary of extraordinary ability in sciences, education, business or athletics (not including the arts, motion picture or television industry)
- ☐ **b.** O-1B Beneficiary of extraordinary ability in the arts or extraordinary achievement in the motion picture or television industry
- ☐ **c.** O-2 Accompanying beneficiary who is coming to the United States to assist in the performance of the O-1
- ☐ **d.** P-1 Major League Sports
- ☐ **e.** P-1 Athlete or Athletic/Entertainment Group (includes minor league sports not affiliated with Major League Sports)
- ☐ **f.** P-1S Essential Support Personnel for P-1
- ☐ **g.** P-2 Artist or entertainer for reciprocal exchange program
- ☐ **h.** P-2S Essential Support Personnel for P-2
- ☐ **i.** P-3 Artist/Entertainer coming to the United States to perform, teach, or coach under a program that is culturally unique
- ☐ **j.** P-3S Essential Support Personnel for P-3

4. Explain the nature of the event.

> Please see Enclosed Letter of Support.

5. Describe the duties to be performed.

> Please see Enclosed Terms of Employment.

6. If filing for an O-2 or P support classification, list dates of the beneficiary's prior work experience under the O-1 or P principal.

> N/A

7.a. Does any beneficiary in this petition have ownership interest in the petitioning organization?

☐ Yes. If yes, please explain in **Item Number 7.b.**     ☒ No.

quantum chemistry field. His esteemed research skills and abilities have made him one of the most sought-after researchers and scientists in the international arena. Dr. Chakraborty's knowledge and skills have led and, contingent upon approval of this petition, will continue to lead to important new insights that will help address and improve the safety and efficiency of the quantum computing industry.

Based on the information and evidence, we respectfully submit that Dr. Chakraborty is qualified as a foreign national of extraordinary ability in the sciences under at least _**five**_ of the regulatory criteria. We therefore request that you grant him O-1 classification for a three-year period

Thank you for your time and consideration in this matter.

Sincerely,


Kris Werner
Head of HR
PsiQuantum Corp.

# CERTIFICATE OF SERVICE

I, Romit Chakraborty, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that, on August 4, 2026, I transmitted by electronic mail to counsel of record Caroline K. Vickrey at vickreyc@jbltd.com and Georgia A. Arvanitis at arvanitisg@jbltd.com a courtesy copy of Plaintiff's Response in Opposition to Defendant's Motion for an Order Governing the Sequence, Location, and Format of Depositions [Dkt. 41], together with the supporting declaration and exhibits.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 4, 2026, in India.

/s/ Romit Chakraborty
Romit Chakraborty, Ph.D.