**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Romit Chakraborty
Plaintiff,
v.
Laura Gagliardi
Defendant.

Case No.: 1:26−cv−00106
Honorable Jorge L. Alonso

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 12, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: The Court is in receipt of Defendant's motion for judgment on the pleadings [49]. Plaintiff may file a response by 9/2/26; and Defendant may file a reply by 9/16/26. The Court will rule on this motion electronically. The 8/18/26 motion hearing is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.