**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Romit Chakraborty
Plaintiff,
v.
Laura Gagliardi
Defendant.

Case No.: 1:26−cv−00106
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2026:

MINUTE entry before the Honorable Albert Berry III: Status hearing held 9/16/26. The parties are progressing smoothly with discovery and do not raise any issues that require Court intervention at this time. As discussed in open Court, Plaintiff#039;s deposition is scheduled to take place on 9/22/26 and Defendant's deposition will take place on 10/12/26. The fact discovery deadline remains set for 11/30/26. If the parties require an extension of that deadline, they must file a written motion demonstrating good cause for the extension PRIOR to the expiration of the deadline. A video status hearing is set for 12/2/26 at 10:00 a.m. Instructions will be emailed to counsel. Members of the public and media will be able to call in to listen to this hearing. Call (855)−244−8681, access code 2316 863 7794#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.